DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL E. PERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE Inc.,<br><br>    Defendant. | CASE NO.: C 06-7297 (SI)<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT**<br>**GOOGLE INC.'S**<br>**ADMINISTRATIVE MOTION TO**<br>**TRANSFER CASE TO SAN JOSE**<br>**DIVISION**<br><br>Before:    Hon. Susan Illston |

Google Inc.'s Administrative Motion to Transfer to San Jose Division, pursuant to Civil Local Rules 3-2 and 7-11, was filed in this Court on January 2, 2007. Having considered all relevant papers, and good cause appearing,

THE COURT HEREBY GRANTS Google's Motion. The matter captioned *Person v. Google*, C 06-7297, shall be transferred to the San Jose Division.

IT IS SO ORDERED.

Dated: _____      _____
                                          The Honorable Susan Illston
                                          United States District Court Judge