1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   DKramer@wsgr.com
5
   Attorneys for Defendant Google Inc.
6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

10

11 CARL E. PERSON,                )   CASE NO.: C 06-7297 (SI)
                                  )
12        Plaintiff,              )   **DECLARATION OF DAVID H.**
                                  )   **KRAMER IN SUPPORT OF**
13    v.                          )   **DEFENDANT'S ADMINISTRATIVE**
                                  )   **MOTION TO TRANSFER CASE TO**
14 GOOGLE INC.,                   )   **SAN JOSE DIVISION**
                                  )
15        Defendant.              )   Before:   Hon. Susan Illston
                                  )
16

17        I, David H. Kramer, declare as follows:

18        1.   I am a partner with Wilson Sonsini Goodrich & Rosati ("WSGR") and counsel of

19 record for Defendant Google Inc. ("Google") in this action. The following facts are true of my

20 personal knowledge and if called and sworn as a witness, I could and would testify competently

21 to them.

22        2.   On December 28, 2006, I contacted Mr. Person, who is an attorney and is

23 representing himself in this action, and requested that he consent to Google's request that this

24 action be transferred to the San Jose Division. Mr. Person said he would "let me know." On

25 January 2, 2007, I again contacted Mr. Person seeking his consent. Mr. Person advised me that

26 he did not consent to this request.

27        3.   Annexed hereto as Exhibit A is a copy of the docket sheet for plaintiff's action,

28 initially filed in the United States District Court for the Southern District of New York.

1	4.	Annexed hereto as Exhibit B is a copy of the Complaint Mr. Person filed in this
2 action.
3	5.	Annexed hereto as Exhibit C is a copy of the AdWords Agreement that plaintiff
4 signed (via electronic assent) in November 2003, prior to purchasing advertising services
5 through Google's AdWords Program. The Agreement was previously authenticated by a Google
6 representative in this action.
7	6.	Annexed hereto as Exhibit D is a copy of the Opinion and Order, filed October
8 11, 2006 in this case, granting Google's motion to dismiss the Complaint for improper venue and
9 transferring the case to the Northern District of California at San Jose.
10	7.	Annexed hereto as Exhibit E is a copy of the docket sheet for plaintiff's action
11 after transfer to this District.
12	I declare under penalty of perjury under the laws of the United States that the foregoing is
13 true and correct to the best of my knowledge.
14	Executed on January 2, 2007 at Palo Alto, California.

By:   /s/ David H. Kramer
           David H. Kramer