EXHIBIT E

Dockets.Justia.com

Case 5:06-cv-07297-JF    Document 8-6    Filed 01/02/2007    Page 2 of 4

ADRMOP, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:06-cv-07297-SI

Person v. Google Inc.
Assigned to: Hon. Susan Illston
Demand: $10,000,000
Cause: 15:15 Antitrust Litigation

Date Filed: 11/27/2006
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

Carl E. Person                             represented by   Carl E. Person
                                                            325 W. 45th Street, Suite 201
                                                            New York, NY 10036-3803
                                                            (213) 307-4444
                                                            Fax: (213) 307-0247
                                                            PRO SE

V.

**Defendant**

Google Inc.                                represented by   David H. Kramer
                                                            Wilson Sonsini Goodrich & Rosati
                                                            650 Page Mill Road
                                                            Palo Alto, CA 94304-1050
                                                            (650) 493-9300
                                                            Fax: (650) 493-6811
                                                            Email: dkramer@wsgr.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            Jonathan M. Jacobson
                                                            Wilson Sonsini Goodrich & Rosati
                                                            12 East 49th Street, 30th Floor
                                                            New York, NY 10017
                                                            (212) 999-5858
                                                            Fax: (212) 999-5899
                                                            Email: jjacobson@wsgr.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            Meredith K. Kotler
                                                            Wilson Sonsini Goodrich & Rosati, P.C.
                                                            12 East 49th Street, 30th Floor
                                                            New York, NY 10017
                                                            (212) 999-5800
                                                            Fax: (212) 999-5899

Email: mkotler@wsgr.com
*ATTORNEY TO BE NOTICED*

**Sara Ciarelli**
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800
Fax: (212) 999-5899
*ATTORNEY TO BE NOTICED*

**Susan B. Creighton**
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800
Fax: (212) 999-5899
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2006 | 1 | CASE TRANSFERRED in from United States District Court for the Southern District of New York (Foley Square); Case Number 1:06-CV-04683-RPP. Original File with Documents Numbered 1-29, Certified Copy of Transfer Order & Docket Sheet Received. Filed by Pro se Plaintiff Carl E. Person. (tn, COURT STAFF) (Filed on 11/27/2006) (Entered: 11/29/2006) |
| 11/27/2006 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 2/23/2007 & Initial Case Management Conference set for 3/2/2007 at 1:30 P.M.. (tn, COURT STAFF) (Filed on 11/27/2006) (Entered: 11/29/2006) |
| 12/18/2006 | 3 | Declination to Proceed Before a U.S. Magistrate Judge by Carl E. Person. (sis, COURT STAFF) (Filed on 12/18/2006) (Entered: 12/19/2006) |
| 12/20/2006 | 4 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (gba, COURT STAFF) (Filed on 12/20/2006) (Entered: 12/22/2006) |
| 12/21/2006 |   | Case Reassigned to Judge Susan Illston. Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 12/21/06. (mab, COURT STAFF) (Filed on 12/21/2006) (Entered: 12/21/2006) |
| 12/21/2006 | 5 | ORDER REASSIGNING CASE to Judge Susan Illston. Judge Joseph C. Spero no longer assigned to the case. (gba, COURT STAFF) (Filed on 12/21/2006) (Entered: 12/22/2006) |

| **PACER Service Center** |
|---|

| Transaction Receipt | | | |
|---|---|---|---|
| 12/28/2006 10:49:51 | | | |
| **PACER Login:** | ws0474 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:06-cv-07297-SI |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |