1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
4  Facsimile:   (650) 565-5100
   DKramer@wsgr.com
5
   Attorneys for Defendant Google Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11  CARL E. PERSON,                    )   CASE NO.:  C 06-7297 (SI)
                                       )
12             Plaintiff,              )
                                       )   **CERTIFICATE OF SERVICE**
13        v.                           )   **VIA OVERNIGHT DELIVERY**
                                       )
14  GOOGLE Inc.,                       )
                                       )
15             Defendant.              )
                                       )
16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Deborah Grubbs, declare:

2    I am employed in Santa Clara County.  I am over the age of 18 years and not a party to

3    the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill

4    Road, Palo Alto, California 94304-1050.  I am readily familiar with Wilson Sonsini Goodrich &

5    Rosati's practice for collection and processing of correspondence for next-day delivery by an

6    express mail service.  In the ordinary course of business, correspondence would be consigned to

7    an express mail service on this date.

8    On this date, I served:

9    **1.    Defendant Google Inc.'s Administrative Motion for Transfer to San Jose Division**

10

11    **2.    Declaration of David H. Kramer in Support of Defendant's Administrative Motion to Transfer Case to San Jose Division**

12

13    **3.    [Proposed] Order Granting Defendant Google Inc.'s Administrative Motion to Transfer Case to San Jose Division**

14    on the person(s) listed below by placing the document(s) described above in an envelope

15    addressed as indicated below, which I sealed.  I consigned the envelope(s) to an express mail

16    service by placing it/them for collection and processing on this day, following ordinary business

17    practices at Wilson Sonsini Goodrich & Rosati.

18            Carl E. Person
            325 West 45th Street
19            Suite 201
            New York, New York 10036
20

21    I declare under penalty of perjury under the laws of the State of California that the

22    foregoing is true and correct.  Executed at Palo Alto, California on January 2, 2007.

23

24                        /s/
                        Deborah Grubbs

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. C 06-7297 SI                    -1-                    3019825_1.DOC