**\*\*E-filed 1/18/07\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**CARL PERSON,**

    Plaintiff,

  v.

**GOOGLE, INC.,**

    Defendants.

_____

No. C-06-7297-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment of this case to Judge Jeremy Fogel, the Case Management Conference previously set has been vacated. The new hearing date is Friday March 2, 2007, at 10:30 A.M. before Judge Jeremy Fogel. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 1/18/07　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　electronic signature
　　　　　　　　　　　　　　　　Courtroom Deputy