1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   DKramer@wsgr.com
5
   Attorneys for Defendant Google Inc.
6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 CARL E. PERSON,                    )    CASE NO.: C 06-7297 JF (RS)
                                      )
12         Plaintiff,                 )    **[PROPOSED]**
                                      )    **ORDER GRANTING DEFENDANT**
13     v.                             )    **GOOGLE INC.'S MOTION TO**
                                      )    **DISMISS COMPLAINT**
14 GOOGLE INC.,                       )
                                      )    Date:   March 2, 2007
15         Defendant.                 )    Time:   9:00 a.m.
                                      )    Dept:   3
16                                    )    Before: Hon. Jeremy Fogel
                                      )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

1  Defendant Google Inc.'s ("Google") Motion to Dismiss came on for hearing before this
2  Court on March 2, 2007 in Department 3, the Honorable Jeremy Fogel presiding.  The Court
3  has reviewed the parties' submissions and heard oral argument and good cause appearing IT IS
4  HEREBY ORDERED THAT Google's Motion to Dismiss is GRANTED.
5
6  Dated: _____, 2007           _____
7                                                The Honorable Jeremy Fogel
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28