DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | CASE NO.: C 06-7297 JF (RS)<br><br>**DECLARATION OF DAVID H. KRAMER IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date:    March 2, 2007<br>Time:   9:00 a.m.<br>Dept:   3<br>Before: Hon. Jeremy Fogel |

I, David H. Kramer, declare as follows:

1. I am a partner with Wilson Sonsini Goodrich & Rosati ("WSGR") and counsel of record for Defendant Google Inc. ("Google") in this action. The following facts are true of my personal knowledge and if called and sworn as a witness, I could and would testify competently to them.

2. Annexed hereto as Exhibit A is a true and correct copy of the Google Inc. Advertising Program Terms ("AdWords Agreement") from the Google AdWords website, found at https://adwords.google.com/select/TCUSbilling0406.html.

3. Annexed hereto as Exhibit B is a true and correct copy of the Declaration of David DiNucci (and all exhibits appended thereto), executed August 28, 2006, and filed in connection with Google's motion to dismiss for improper venue.

4. Annexed hereto as Exhibit C is a true and correct copy of the Complaint filed in this action.

5. Annexed hereto as Exhibit D is a true and correct copy of the docket sheet for plaintiff's action, initially filed in the United States District Court for the Southern District of New York.

6. Annexed hereto as Exhibit E is a true and correct copy of the amendments to the Complaint, filed by plaintiff on August 3, 2006.

7. Annexed hereto as Exhibit F is a true and correct copy of the transcript from oral argument, held September 13, 2006, concerning Google's motion to dismiss.

8. Annexed hereto as Exhibit G is a true and correct copy of the Opinion and Order, filed October 11, 2006 in this case, granting Google's motion to dismiss the complaint for improper venue and transferring the case to the Northern District of California at San Jose.

//
//
//
//
//

1     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

    Executed on January 25, 2007 at Palo Alto, California.

                                        By:   /s/ David H. Kramer
                                                  David H. Kramer