1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile:  (650) 565-5100
   DKramer@wsgr.com
5
   Attorneys for Defendant Google Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  CARL E. PERSON,                )    CASE NO.:  C 06-7297 JF (RS)
                                    )
12          Plaintiff,              )
                                    )    **CERTIFICATE OF SERVICE**
13      v.                          )    **VIA FACSIMILE AND U.S. MAIL**
                                    )
14  GOOGLE Inc.,                    )
                                    )
15          Defendant.              )
                                    )
16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                          3039435_1.DOC
CASE NO. C 06-7297 JF (RS)

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County. I am over the age of 18 years and not a party to
3  the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
4  Road, Palo Alto, California 94304-1050.

5  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
6  processing of documents for facsimile transmittal and correspondence for mailing with the
7  United States Postal Service. In the ordinary course of business, documents would be
8  transmitted via facsimile, and correspondence would be deposited with the United States Postal
9  Service on this date.

10  On this date, I served:

11  **1.    DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT; MEMORANDUM OF POINTS AND**
12  **AUTHORITIES**

13  **2.    [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO DISMISS COMPLAINT**
14

15  **3.    DECLARATION OF DAVID H. KRAMER IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION TO DISMISS THE**
16  **COMPLAINT (Exhibits via U.S. Mail Only)**

17  on each person listed below, by consigning the document(s) to a facsimile operator for
18  transmittal and by placing the document(s) described above in an envelope addressed as
19  indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the
20  United States Postal Service on this day, following ordinary business practices at Wilson Sonsini
21  Goodrich & Rosati.

22  Carl E. Person
    325 West 45th Street
23  Suite 201
    New York, New York 10036
24  Facsimile:     (212) 307-0247

25

26

27

28

CERTIFICATE OF SERVICE                    -1-                              3039435_1.DOC
CASE NO. C 06-7297 JF (RS)

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed at Palo Alto, California on January 25, 2007.

3

4                                        /s/
                                      Deborah Grubbs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28