1  CARL E. PERSON, Plaintiff, *Pro Se*
2  325 West 45th Street
   Suite 201
3  New York, New York 10036-3803
   Telephone:   (212) 307-4444
4  Facsimile:   (212) 307-0247
   carlpers@ix.netcom.com
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION
11

12  CARL E. PERSON,                    )   CASE NO.: C 06-7297 JF (RS)
                                       )
13           Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER FOR PLAINTIFF CARL E.**
14       v.                            )   **PERSON TO FILE DOCUMENTS**
                                       )   **USING ECF**
15  GOOGLE INC.,                       )
                                       )
16           Defendant.                )
                                       )
17                                     )
                                       )
18  _____)
19
20
21       The parties hereby stipulate and agree, subject to the Order of this Court, that the
22  Plaintiff, Carl E. Person ("Person"), shall be permitted and required to serve and file his papers
23  in this action through the Court's ECF system, and that the Clerk shall assign to Person a user ID
24  and password to provide Person access to the system, under § IV-A of General Order No. 45.
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR
CARL E. PERSON TO FILE DOCUMENTS USING ECF
Case No.:  C-06-7297 JF (RS)

Dockets.Justia.com

Dated: February 12, 2007　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　　Professional Corporation


　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　David H. Kramer

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Google Inc.


Dated: February 12, 2007　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Carl E. Person

　　　　　　　　　　　　　　　　　　　　　　　Plaintiff, *Pro Se*


## [PROPOSED] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.


Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge

-1-

STIPULATION AND [PROPOSED] ORDER FOR
CARL E. PERSON TO FILE DOCUMENTS USING ECF
Case No.: C-06-7297 JF (RS)

**ECF CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order for Plaintiff Carl E. Person to File Documents Using ECF. In compliance with General Order 45.X.B, I hereby attest that Carl E. Person has concurred in this filing.

Dated: February 12, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
        David H. Kramer

Attorneys for Defendant Google Inc.

-2-
STIPULATION AND [PROPOSED] ORDER FOR
CARL E. PERSON TO FILE DOCUMENTS USING ECF
Case No.: C-06-7297 JF (RS)