1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
5  DKramer@wsgr.com

6  JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
8  New York, NY 10019-6022
   Telephone: (212) 999-5800
9  Facsimile: (212) 999-5899
10 JJacobson@wsgr.com

11 Attorneys for Defendant
12 Google Inc.

13                      UNITED STATES DISTRICT COURT
14                     NORTHERN DISTRICT OF CALIFORNIA
15                              SAN JOSE DIVISION
16

17 CARL E. PERSON,                      )   CASE NO.:  C 06-7297 JF (RS)
                                        )
18         Plaintiff,                   )   **[PROPOSED]**
                                        )   **ORDER DENYING PLAINTIFF**
19      v.                              )   **PERSON'S ADMINISTRATIVE**
                                        )   **MOTION FOR LEAVE TO FILE A**
20 GOOGLE INC.,                         )   **FIRST AMENDED COMPLAINT**
                                        )   **AND 3-WEEK EXTENSION OF**
21         Defendant.                   )   **TIME TO RESPOND TO**
                                        )   **DEFENDANT'S MOTION TO**
22                                      )   **DISMISS**
                                        )
23                                      )   Before:  Hon. Jeremy Fogel
                                        )
24 _____ )
25
26
27
28

[PROPOSED] ORDER                                              3051404_1.DOC
CASE NO. C-06-7297 JF(RS)

Dockets.Justia.com

1 | Having considered Plaintiff Carl E. Person's Administrative Motion for Leave to File a First Amended Complaint and 3-Week Extension and Defendant Google's Opposition thereto, the Court hereby DENIES Person's motion.

Dated: February _____, 2007

_____
The Honorable Judge Jeremy Fogel
United States District Court Judge