# KRAMER EXHIBIT C

**Kramer, David**

**From:** Carl Person [mailto:carlpers@ix.netcom.com]
**Sent:** Sun 10/15/2006 5:38 PM
**To:** Jacobson, Jonathan
**Cc:** carlpers@ix.netcom.com
**Subject:** Copy of Amended Complaint

I'm attaching for your review a copy of my redlined proposed amended complaint (showing each of the changes from the original complaint).

I would serve this document on your client but for Judge Patterson's ruling which says (inaccurately) that I have already amended the complaint one time. My first order of business in the Northern District of California will be to seek permission to file this proposed amended complaint.

Does your client have any objections to my filing of it?

Please advise.

Carl E. Person

1