# KRAMER EXHIBIT D

# Kramer, David

| | |
|---|---|
| **From:** | Kramer, David |
| **Sent:** | Wednesday, January 24, 2007 3:45 PM |
| **To:** | 'carlpers@ix.netcom.com' |
| **Subject:** | RE: Proposed Stipulation for ECF Use by Carl E. Person in Person v. Google 06cv7297 |

Mr. Person:

I have not received a further stipulation from you regarding ECF for the case. Please let me know where that stands.

Also, we have reserved March 2 with Judge Fogel for a hearing on Google's motion to dismiss your action (which is the same day as the CMC). Let me know if you would like to discuss the motion.

Thank you,

Dave Kramer
Wilson Sonsini Goodrich & Rosati
650 320-4741


-----Original Message-----
From: Kramer, David
Sent: Tuesday, January 09, 2007 3:19 PM
To: carlpers@ix.netcom.com
Subject: FW: Proposed Stipulation for ECF Use by Carl E. Person in Person v. Google 06cv7297


In light of the court's order relating your case to the Kinderstart action, please prepare a new ECF stipulation for Judge Fogel's signature.


-----Original Message-----
From:       Carl Person [mailto:carlpers@ix.netcom.com]
Sent: Monday, January 08, 2007 10:56 AM Pacific Standard Time
To:    Kramer, David
Cc:    Carl  E. Person
Subject:    Proposed Stipulation for ECF Use by Carl E. Person in Person v. Google 06cv7297

Mr. Kramer,

I'm attaching (in Word .doc form, as well as in PDF form) a proposed stipulation for your review and any desired corrections. The stipulation is intended to permit (require) me to use the ECF filing system in the above-captioned litigation. I'm not permitted to do so because without a Court order because I'm not admitted to the NDCA. Judge Illston's clerk suggested I submit such an order for Judge Illston's signature.

I'm also attaching a PDF copy of the order signed by me, if that will be of any use, at this time.

Carl E. Person

1