1 DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
2 Professional Corporation
650 Page Mill Road
3 Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
4 Facsimile: (650) 565-5100
5 DKramer@wsgr.com

6 JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
WILSON SONSINI GOODRICH & ROSATI
7 Professional Corporation
1301 Avenue of the Americas, 40th Floor
8 New York, NY 10019-6022
9 Telephone: (212) 999-5800
Facsimile: (212) 999-5899
10 JJacobson@wsgr.com

11 Attorneys for Defendant
12 Google Inc.

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                           SAN JOSE DIVISION

16
   CARL E. PERSON,                   )   CASE NO.: C 06-7297 JF (RS)
17                                   )
           Plaintiff,                )
18                                   )   **CERTIFICATE OF SERVICE**
       v.                            )   **VIA FACSIMILE AND U.S. MAIL**
19                                   )
   GOOGLE Inc.,                      )
20                                   )
           Defendant.                )
21 _____  )

22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
CASE NO. C 06-7297 JF (RS)

3039435_1.DOC

Dockets.Justia.com

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County. I am over the age of 18 years and not a party to

3  the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill

4  Road, Palo Alto, California 94304-1050.

5  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

6  processing of documents for facsimile transmittal and correspondence for mailing with the

7  United States Postal Service. In the ordinary course of business, documents would be

8  transmitted via facsimile, and correspondence would be deposited with the United States Postal

9  Service on this date.

10  On this date, I served:

11
12  **1.  DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFF PERSON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND 3-WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**
13
14  **2.  DECLARATION OF DAVID H. KRAMER IN OPPOSITION TO PLAINTIFF PERSON'S ADMINISTRATIVE MOTION**
15
16  **3.  [PROPOSED] ORDER DENYING PLAINTIFF PERSON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND 3-WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**
17
18
19  on each person listed below, by consigning the document(s) to a facsimile operator for

20  transmittal and by placing the document(s) described above in an envelope addressed as

21  indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the

22  United States Postal Service on this day, following ordinary business practices at Wilson Sonsini

23  Goodrich & Rosati.

24  
25  Carl E. Person
26  325 West 45th Street
    Suite 201
    New York, New York 10036
    Facsimile:    (212) 307-0247

27

28

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.  Executed at Palo Alto, California on February 12, 2007.
3
4                                                           /s/
                                                      Deborah Grubbs
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28