1  CARL E. PERSON, Plaintiff, *Pro Se*　　　　　　　　　　　\*\*E-filed 2/13/07\*\*
2  325 West 45th Street
   Suite 201
3  New York, New York 10036-3803
   Telephone:　(212) 307-4444
4  Facsimile:　(212) 307-0247
   carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | CASE NO.: C 06-7297 JF (RS)<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR PLAINTIFF CARL E.<br>PERSON TO FILE DOCUMENTS<br>USING ECF** |

The parties hereby stipulate and agree, subject to the Order of this Court, that the Plaintiff, Carl E. Person ("Person"), shall be permitted and required to serve and file his papers in this action through the Court's ECF system, and that the Clerk shall assign to Person a user ID and password to provide Person access to the system, under § IV-A of General Order No. 45.

STIPULATION AND [PROPOSED] ORDER FOR
CARL E. PERSON TO FILE DOCUMENTS USING ECF
Case No.: C-06-7297 JF (RS)

Dockets.Justia.com

1  Dated: February 12, 2007                WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           By: _____/s/_____
                                                   David H. Kramer

                                           Attorneys for Defendant
                                           Google Inc.


8  Dated: February 12, 2007                By: _____/s/_____
                                                   Carl E. Person

                                           Plaintiff, *Pro Se*


## [PROPOSED] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: __2/13/07_____                   _____
                                                The Honorable Jeremy Fogel
                                                United States District Judge

-1-

STIPULATION AND [PROPOSED] ORDER FOR
CARL E. PERSON TO FILE DOCUMENTS USING ECF
Case No.: C-06-7297 JF (RS)

## ECF CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order for Plaintiff Carl E. Person to File Documents Using ECF. In compliance with General Order 45.X.B, I hereby attest that Carl E. Person has concurred in this filing.

Dated: February 12, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
    David H. Kramer

Attorneys for Defendant Google Inc.

-2-
STIPULATION AND [PROPOSED] ORDER FOR
CARL E. PERSON TO FILE DOCUMENTS USING ECF
Case No.: C-06-7297 JF (RS)