UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARL E. PERSON

Plaintiff(s),

Case No. 06-07297 JF (RS)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

GOOGLE INC.

Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/15/07

/s/ Hilary Ware, Esq.
[Party]
Google Inc.

Dated: 2/15/07

/s/ David H. Kramer, Esq.
[Counsel]
WSGR

Dockets.Justia.com

American LegalNet, Inc.
www.USCourtForms.com