UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARL E. PERSON  
    Plaintiff(s),

v.

GOOGLE INC.  
    Defendant(s).

CASE NO. 06-07297 JF

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline <u>90 days from the date of an order, if any, holding that plaintiff's amended complaint states a claim</u>

Dated: February 15, 2007             /s/ Carl E. Person  
                                         Pro Se Plaintiff

Dated: February 15, 2007             /s/ David H. Kramer  
                                         Attorney for Defendant  
                                         Google Inc.

Dockets.Justia.com

American LegalNet, Inc.
www.USCourtForms.com

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order
- ☐ other _____

IT IS SO ORDERED.

Dated: _____          _____
                                   UNITED STATES          JUDGE

American LegalNet, Inc.
www.USCourtForms.com

## **CERTIFICATION**

  I, David H. Kramer, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Selecting ADR Process.  In compliance with General Order 45.X.B, I hereby attest that Mr. Carl Person has concurred in this filing.

DATED:  February 15, 2007      WILSON SONSINI GOODRICH & ROSATI
                      Professional Corporation


                 By:   /s/ David H. Kramer
                      David H. Kramer

                 Attorneys for Defendant Google Inc.