1  CARL E. PERSON, Plaintiff, *Pro Se*
   325 West 45th Street
2  Suite 201
   New York, New York 10036-3803
3  Telephone:     (212) 307-4444
4  Facsimile:     (212) 307-0247
   carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | CASE NO.: C 06-7297 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJOURN CASE MANAGEMENT CONFERENCE TO MARCH 9, 2007 AT 2:00 PM** |

The parties hereby stipulate and agree, subject to the Order of this Court, that the initial case management conference now scheduled to occur on Friday, March 2, 2007, at 2:00 p.m. is hereby rescheduled for **Friday, March 9, 2007, at 2:00 p.m.** The adjournment is requested to accommodate the Plaintiff, who is scheduled to appear before this Court on March 9, 2007 at 9:00 a.m. at the hearing on Google's motion to dismiss under Rule 12(b)(6), Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: February 21, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: _____/s/_____<br>       David H. Kramer<br><br>Attorneys for Defendant<br>Google Inc. |
| Dated: February 21, 2007 | By: _____/s/_____<br>        Carl E. Person<br><br>Plaintiff, *Pro Se* |

## [PROPOSED] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____                    _____
                                                                    The Honorable Jeremy Fogel
                                                                    United States District Judge

**ECF CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Adjourn Case Management Conference to March 9, 2007 at 2:00 PM. In compliance with General Order 45.X.B, I hereby attest that Carl E. Person has concurred in this filing.

Dated: February 21, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
David H. Kramer

Attorneys for Defendant Google Inc.