ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

February 22, 2007

Carl E. Person
325 W. 45th Street, Suite 201
New York, NY 10036-3803
(213) 307-4444

Susan B. Creighton
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800

Re:   Person v. Google Inc.
      Case No. C 06-07297 JF ENE

Dear Mr. Person and Ms. Creighton:

    We have received notification from Jeremy Fogel that the referenced case was referred to ENE on February 16, 2007. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Wednesday, March 7, 2007 at 10:30 a.m. PST**. This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

    Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel