1  CARL E. PERSON, Plaintiff, *Pro Se*
   325 West 45th Street                           **E-filed 3/1/07**
2  Suite 201
   New York, New York 10036-3803
3  Telephone:    (212) 307-4444
4  Facsimile:    (212) 307-0247
   carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON, | CASE NO.: C 06-7297 JF (RS) |
| Plaintiff, | **STIPULATION AND [~~PROPOS~~ED]** |
| v. | **ORDER TO ADJOURN CASE MANAGEMENT CONFERENCE TO MARCH 9, 2007 AT 2:00 PM** |
| GOOGLE INC., | |
| Defendant. | |

The parties hereby stipulate and agree, subject to the Order of this Court, that the initial case management conference now scheduled to occur on Friday, March 2, 2007, at ~~2:00 p.m.~~ 10:30 AM is hereby rescheduled for **Friday, March 9, 2007, at ~~2:00 p.m.~~ 10:30 AM** The adjournment is requested to accommodate the Plaintiff, who is scheduled to appear before this Court on March 9, 2007 at 9:00 a.m. at the hearing on Google's motion to dismiss under Rule 12(b)(6), Federal Rules of Civil Procedure.

STIPULATION AND [PROPOSED] ORDER TO ADJOURN CMC
CASE NO.: C-06-7297 JF (RS)

1  Dated:  February 21, 2007      WILSON SONSINI GOODRICH & ROSATI
2      Professional Corporation
3
4      By: _____/s/_____
            David H. Kramer
5      Attorneys for Defendant
     Google Inc.
6
7
8  Dated:  February 21, 2007      By: _____/s/_____
            Carl E. Person
9
     Plaintiff, *Pro Se*
10
11
12             **[PROPOSED] ORDER**
13    THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
14
15  Dated:  ___3/1/07_____      _____
16             The Honorable Jeremy Fogel
            United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

-1-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN CMC
CASE NO.:  C-06-7297 JF (RS)

## ECF CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Adjourn Case Management Conference to March 9, 2007 at 2:00 PM. In compliance with General Order 45.X.B, I hereby attest that Carl E. Person has concurred in this filing.

Dated: February 21, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
　　　　David H. Kramer

Attorneys for Defendant Google Inc.