# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 9, 2007
**Case Number:** CV-06-7297-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

**TITLE:**               **CARL E. PERSON V. GOOGLE, INC.**

                    **PLAINTIFF**                            **DEFENDANT**

**Attorneys Present:** Carl Person, Pro se        **Attorneys Present:** David Kramer, Jonathan Jacobson

PROCEEDINGS:
   Hearing on Motion to Dismiss and Motion for Leave to Amend held.
   Parties are present. The motions are taken under submission.
   The case management conference is not held.