CARL E. PERSON, Plaintiff, *Pro Se*
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone: (212) 307-4444
Facsimile: (212) 307-0247
carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | CASE NO.: C 06-7297 JF (RS)<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE FOR ECF OR ELECTRONIC CASE FILING** |

Please take notice that Carl E. Person is appearing *pro se* in the Court's Electronic Case Filing (or "ECF") system, pursuant to Order of Judge Jeremy Fogel dated February 13, 2007.

Dated: New York, New York
　　　　March 14, 2007

_____
Carl E. Person
*Plaintiff, Pro Se*
325 W. 45th Street - Suite 201
New York NY 10036-3803
Tel. (212) 307-4444; Fax (212) 307-0247
Email: carlpers@ix.netcom.com

1