| | |
|---|---|
| 1 | |
| 2 | |
| 3 | UNITED STATES DISTRICT COURT |
| 4 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 5 | SAN JOSE DIVISION |
| 6 | |

| | | |
|---|---|---|
| 7 | | |
| 8 | CARL PERSON,<br>       Plaintiff,<br>V. | Case Number CV-06-7297-JF<br><br>Case Management Conference |
| 9 | | |
| 10 | GOOGLE, INC.,<br>       Defendant. | Friday, May 18, 2007<br><br>CLERK'S NOTICE |
| 11 | | |

12

13  To all Parties and Attorneys of Record:

14  A Case Management Conference has been set on May 18, 2007 at 10:30 a.m.

15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

16  floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18  March 21, 2007                           For the Court
                                             Richard W. Wieking, Clerk
19

20                                           By:___/s/_____
                                             Diana Munz
21                                           Courtroom Deputy Clerk

22

23

24

25

26

27

28