DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: DKramer@wsgr.com

JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
CHUL PAK, N.Y. State Bar No. 2341360
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
Palo Alto, CA 94304-1050
Telephone: (212) 999-5800
Facsimile: (650) 999-5899
Email: JJacobson@wsgr.com

*Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON, | CASE NO.: C 06-7297 JF (RS) |
| Plaintiff, | DECLARATION OF SARA CIARELLI |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

I, Sara Ciarelli, declare as follows:

1. I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, attorneys for Defendant Google Inc. I am admitted to practice law in New York State, and the United States District Courts for the Southern and Eastern Districts of New York.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in *Person v. Google,* 06 CV 4683 (RPP) (S.D.N.Y.), filed on June 19, 2006.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Proposed Amended and Supplemental Complaint filed in this action on February 20, 2007.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the Second Amended Complaint in this action, filed on April 16, 2007.

5.  Attached hereto as Exhibit 4 is true and correct copy of the Court's Order granting Google Inc.'s motion to dismiss with leave to amend, issued on March 16, 2007.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the web page www.google.com/services/adsense_tour/index.html, printed from the Internet on April 30, 2007.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the web page www.google.com/services/adsense_tour/page2.html, printed from the Internet on April 30, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed in New York, New York on the 30th day of April, 2007.

Sara Ciarelli

- 2 -
DECLARATION OF SARA CIARELLI