# EXHIBIT 5

  AdSense

## What's AdSense?

1 of 10

What's AdSense?

Earn more revenue

Get started in minutes

Access thousands of advertisers

Grasps the meaning of your content

Make money from a Google search box

Show only appropriate ads

Customize AdSense for your site

See what our customers say

Apply now

Google AdSense is the program that can give you advertising revenue from each pa[ge of your] website—with a minimal investment in time and no additional resources.

AdSense delivers relevant text and image ads that are precisely targeted to your site [and its] site content. And when you add a Google search box to your site, AdSense delivers r[elevant] ads that are targeted to the Google search results pages generated by your visitors' s[earch] request.



You get relev[ant] and image a[ds] precisely targ[eted to] your site and [its] content.

©2007 Google

AdSense Home    Apply Now