# EXHIBIT 6


AdSense

### Earn more revenue

2 of 10

- What's AdSense?
- Earn more revenue
- Get started in minutes
- Access thousands of advertisers
- Grasps the meaning of your content
- Make money from a Google search box
- Show only appropriate ads
- Customize AdSense for your site
- See what our customers say
- Apply now

You can maximize your revenue potential by displaying Google ads on your website. relevant CPC (cost-per-click) and CPM (cost per thousand impressions) ads through auction, and lets them compete against one another. The auction takes place instant and, when it's over, AdSense automatically displays the text or image ad(s) that will g maximum revenue for a page -- and the maximum revenue for you.

**Today's Earnings: $334.34**
View payment history

Your reporting page g a quick snapshot of h ads are performing ar much money you're n

AdSense Home    Apply Now

©2007 Google