DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
CHUL PAK, N.Y. State Bar No. 2341360
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com
CPak@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON, | CASE NO.: C 06-7297 JF (RS) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE VIA U.S. MAIL** |
| GOOGLE Inc., | |
| Defendant. | |

CERTIFICATE OF SERVICE
CASE NO. C 06-7297 JF (RS)

3108786_1.DOC

I, Sara Ciarelli, declare:

I am employed in New York County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, Professional Corporation, 1301 Avenue of the Americas, 40th Floor, New York, New York 10019.

On this date, I served:

1. **Defendant Google Inc.'s Notice of Motion and Motion To Dismiss The Second Amended Complaint; Memorandum of Points And Authorities**

2. **Declaration of Sara Ciarelli in Support of Defendant's Motion to Dismiss**

on the person(s) listed below by placing the document(s) described above in an envelope addressed as indicated below. I consigned the envelope(s) to United States mail service by placing it/them for collection and processing on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

> Carl E. Person
> 325 West 45th Street
> Suite 201
> New York, New York 10036

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed at New York, New York on April 30, 2007.

/s/
Sara Ciarelli