1  CARL E. PERSON, Plaintiff, *Pro Se*
2  325 W. 45th Street – Suite 201
   New York NY  10036-3803
3  Telephone:  (212) 307-4444
   Facsimile:   (212) 307-0247
4  carlpers@ix.netcom.com

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9

10  CARL E. PERSON.              )     CASE NO.: C 06-7297  JF (RS)
                                 )
11            Plaintiff,         )     **STIPULATION AND [PROPOSED]**
                                 )     **ORDER TO ADJOURN CASE**
12        v.                     )     **MANAGEMENT CONFERENCE**
                                 )     **TO JUNE 15, 2007 AT 2:00 PM**
13  GOOGLE INC.,                 )
                                 )
14            Defendant.         )
                                 )
15  _____)

16

17

18         The parties hereby stipulate and agree, subject to the Order of this Court. that the

19  initial case management conference now scheduled to occur on Friday, May 18. 2007. at

20  10:30 a.m. is hereby rescheduled for Friday. June 15. 2007, at 2:00 p.m.  The

21  adjournment is requested to accomodate the Plaintiff, who is scheduled to appear before

22  this Court on June 15, 2007 at 9:00 a.m. at the hearing on Google's motion to dismiss

23  under Rule 12(b)(6). Federal Rules of Civil Procedure.

24

25

26

27

28

                                        1

Dockets.Justia.com

Dated:  May 9, 2007              WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By: _____/s/_____
                                            Jonathan M. Jacobson

                                 Attorneys for Defendant
                                 Google. Inc.


Dated:  May 9, 2007              By: _____/s/_____
                                            **Carl E. Person**

                                 Plaintiff, *Pro Se*



                            **[PROPOSED] ORDER**


            THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.



**Dated:** _____        _____
                                       **The Honorable Jeremy Fogel**
                                       **United States District Judge**

## ECF CERTIFICATION

I, Carl E. Person, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Adjourn Case Management Conference to June 15, 2007 at 2:00 PM.  In compliance with General Order 45.X.B, I hereby attest that Jonathan M. Jacobson. attorney for Google, Inc., has concurred in this filing.

**Dated:  May 9, 2007**

                                                 /s/
                                          **Carl E. Person**
                                   **Plaintiff,** *Pro Se*

3