\*\*E-filed 5/11/07\*\*

CARL E. PERSON, Plaintiff, *Pro Se*
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone: (212) 307-4444
Facsimile:   (212) 307-0247
carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CARL E. PERSON, | ) | CASE NO.: C 06-7297 JF (RS) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO ADJOURN CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | TO JUNE 15, 2007 AT 2:00 PM |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate and agree, subject to the Order of this Court, that the initial case management conference now scheduled to occur on Friday, May 18, 2007, at 10:30 a.m. is hereby rescheduled for Friday, June 15, 2007, at 2:00 p.m. The adjournment is requested to accomodate the Plaintiff, who is scheduled to appear before this Court on June 15, 2007 at 9:00 a.m. at the hearing on Google's motion to dismiss under Rule 12(b)(6), Federal Rules of Civil Procedure.

Dated: May 9, 2007         WILSON SONSINI GOODRICH & ROSATI
                           Professional Corporation

                           By: _____/s/_____
                               Jonathan M. Jacobson

                           Attorneys for Defendant
                           Google, Inc.


Dated: May 9, 2007         By: _____/s/_____
                               Carl E. Person

                           Plaintiff, *Pro Se*


## [PROPOSED] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: __5/10/07__         _____
                           The Honorable Jeremy Fogel
                           United States District Judge

| | |
|---|---|
| 1 | |

## ECF CERTIFICATION

I, Carl E. Person, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Adjourn Case Management Conference to June 15, 2007 at 2:00 PM. In compliance with General Order 45.X.B, I hereby attest that Jonathan M. Jacobson, attorney for Google, Inc., has concurred in this filing.

Dated: May 9, 2007

                     /s/
                   Carl E. Person
                **Plaintiff, *Pro Se***