GOCal_mem04_052407B.doc

CARL E. PERSON, Plaintiff. *Pro Se*
325 W. 45th Street – Suite 201
New York NY  10036-3803
Telephone:  (212) 307-4444
Facsimile:   (212) 307-0247
carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON, ) | CASE NO.: C 06-7297 JF (RS) |
| ) | |
| Plaintiff, ) | DECLARATION OF CARL E. PERSON |
| ) | IN OPPOSITION TO DEFENDANT |
| v. ) | GOOGLE'S MOTION TO DISMISS |
| ) | |
| GOOGLE INC., ) | |
| ) | Date:    June 15. 2007 |
| Defendant. ) | Time:    9:00 a.m. |
| ) | Dept:    3 |
| ) | Before:  Hon. Jeremy Fogel |

I, **Carl E. Person**, declare as follows:

1. I am the Plaintiff, *pro se*, in the above-captioned action. The following facts are true of my personal knowledge and if called and sworn as a witness, I could and would testify competently to them.

**Plaintiff's Status as a Competitor of Google**

2. My first community search website, www.myclads.com ("myclads"), became operational during May, 2007. Myclads is a classified advertising website for users to post classified ads of all types. but featuring ads for "tasks" wanted or offered. Thus, the content (the ads) is to be supplied by the users, making the website a "community" website. with a website search facility, comparable to YouTube.com

1

(owned by Google), myspace.com (licensed by Google), craigslist.com and ebay.com but for traffic. My next community search website to go on line in July, 2007 is scheduled to be www.attydb.com, a website for attorneys to describe, in multiple classified ads by each attorney, the type of legal tasks or services he/she performs or would like to perform for clients.

3. For reasons described in my complaint and in the attached articles (Exhibits A through T), I am unable to fully or effectively monetize my website traffic because Google's search-based AdWords advertising is not made available to me, even though AdWords is making it available to myspace.com, YouTube.com and others under licensing agreements.

4. The other search engines (including Yahoo and MSN Search) do not provide comparable services to Google's AdWords so that I envision great difficulty trying to building traffic for my websites. This is so because Google is charging monopolistic prices to me (50 times or so what it charges to other users for the same key words), and Google is driving out of business its search-advertising competitors (including Yahoo and MSN Search) so that I am left with no effective alternatives.

5. A knowledgeable search advertiser would be unlikely to choose Yahoo, MSN Search over Google's AdWords because AdWords is far superior, has a much greater inventory of searches, and is causing its competitors to steadily diminish in effectiveness in comparison to Google's AdWords.

**Articles Attached as Exhibits**

6. Annexed as Exhibit A hereto is a copy of a 10/10/06 article published by www.seekingalpha.com entitled "Google + YouTube = Natural Monopoly".

7.   Annexed as Exhibit B hereto is a copy of a 10/18/06 *New York Post* article (p. 27) entitled "Semel sees more tough times ahead".

8.   Annexed as Exhibit C hereto is a copy of a 10/20/06 *New York Post* article (p. 35) entitled "Google flexes ad muscle yet again".

9.   Annexed as Exhibit D hereto is a copy of a 12/11/06 *Business Week* article (p. 28) entitled "The Google/YouTube Come-On".

10.   Annexed as Exhibit E hereto is a copy of a 12/15/06 CNNMoney.com article entitled "Can Yahoo catch Google? - The search advertising business is almost - but not quite - locked up. Could Ask.com be the wild card?

11.   Annexed as Exhibit F hereto is a copy of a 01/07 Revised 4/20/07 article by T. Goldsmith, Azinet LLC entitled "The Unbreakable Google Monopoly" [Source: http://www.searchenginehonesty.com/Google_Monopoly.pdf].

12.   Annexed as Exhibit G hereto is a copy of a 02/05/07 *Business Week* article (p. 40) entitled "Venture Capital 2.0 - Make-Or-Break Time for the Net Newbies - As shakeout fears rise, startups are spending furiously to break from the pack".

13.   Annexed as Exhibit H hereto is a copy of a 02/12/07 *Wall Street Journal* article (p. A13) entitled "Google Radio-Ad Heads Quit Amid Skepticism Over Project".

14.   Annexed as Exhibit I hereto is a copy of a 02/21/07 *Wall Street Journal* article (p. 1) entitled "Reception Problems - TV Industry Clouds Google's Video Vision - Tensions Are Rising Over YouTube Postings; CBS Talks Go Off Track".

15.   Annexed as Exhibit J hereto is a copy of a 03/26/07 article published by Skrentablog.com entitled "How to beat Google, part 1" [source: http://www.skrenta.com/2007/03/how_to_beat_google_part_1.html].

16. Annexed as Exhibit K hereto is a copy of a 04/07 article published by www.paulgraham.com entitled "Microsoft Is Dead" [source: http://www.paulgraham.com/microsoft.html]

17. Annexed as Exhibit L hereto is a copy of a 04/02/07 *Business Week* article (p. 30) entitled "The Internet - Where Is Microsoft Search? - Its stumbles on the Web could open the door for rivals to come after its core business".

18. Annexed as Exhibit M hereto is a copy of a 04/20/07 *New York Post* article (p. 45) entitled "Google's boodle up 69% in Q1".

19. Annexed as Exhibit N hereto is a copy of a 04/30/07 *Business Week* article (p. 30) entitled "Online Ad Wars".

20. Annexed as Exhibit O hereto is a copy of a 05/05/07 *New York Post* article (p. 23) entitled "Yahoo! Stock jumps on Microsoft news".

21. Annexed as Exhibit P hereto is a copy of a 05/16/07 *New York Post* article (p. 35) entitled "Yahoo! Raises Sights - CFO is dealmaker".

22. Annexed as Exhibit Q hereto is a copy of a 05/19/07 *New York Post* article (p. 21) entitled "85% Solution - Microsoft grabs online ad firm aQuantive for $6B".

23. Annexed as Exhibit R hereto is a copy of a 05/21/07 *Business Week* article (p. 46) entitled "Advertising - Behind Those Web Mergers - Marketers want smarter, targeted online ads. That's driving deals".

24. Annexed as Exhibit S hereto is a copy of a 05/23/07 *New York Post* article (p. 37) entitled "Ad & Subtract - Google announces purge of ad-heavy Web sites".

25. Annexed as Exhibit T hereto is a copy of a 05/28/07 *Business Week* article (p. 37) entitled "Human Resources - Even Yahoo! Gets the Blues - CEO Semel's next turnaround task: Boost morale and keep employees from leaving."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on May 25, 2007 at New York, New York.

By: _____
Carl E. Person

# Google + YouTube = Natural Monopoly

SeekingAlpha.com

Posted on Oct 10th, 2006 with stocks: GOOG



**Bill Allen** submits: In the lesser of the two highly anticipated events of the weekend, Google announced that it will acquire the video sharing community YouTube for $1.6 billion in stock.

No rocket science needed to analyze the deal. Google likely hopes to leverage its advertising client base and technological platform to reach YouTube's 30+ million users who view 100 million videos and post an additional 65,000 new clips every day. Advertisers will now gain access to video media (beyond Google Video clips) in addition to paid-per-click text links on Google's home search page, knowing that the company's proven technology will ensure a good deal of accuracy in placing ads on relevant video clips and thus provide them a respectable return on investment.

Some speculated that one of YouTube's largest investors, Sequoia Capital's Mike Moritz (an original Google investor), would forgo a deal, believing that YouTube could become the next Google. However, today's agreement demonstrates that the firm required Google's ad placement technology and advertiser client base to generate meaningful revenue growth. Although YouTube has begun to build a copyright recognition platform to screen videos, the firm could not easily replicate Google's ad bidding system. So, in joining forces to realize the potential of both companies, one could say that the next Google is likely Google. This isn't an original perspective, but I believe it will be fruitful for investors.

To complete the deal, Google pays nothing in cash, allowing the transaction to remain tax free for YouTube investors and employees and preserving their $10 billion cash reserve. The deal only dilutes the existing shareholder base by about 1.2% (at $430/sh, with 310M diluted shares outstanding, Google will issue 3.72M new shares worth $1.6B). In comparison, Yahoo would have diluted its existing shareholder base by about 4.3%, and has yet to complete its ad placement technology that provides the user base reach (Google performs twice the number of searches as Yahoo each day), breadth of advertiser clients, and the quality of ad placements that Google does.

About a year ago, I noted the decline of the newspaper industry because of the migration of advertising dollars online and the emergence of free classified services such as Craigslist that have crippled newspaper revenue growth. While regional and small town newspapers had formerly been touted as "natural monopolies" because of their gatekeeper role in allowing advertisers to reach the local population, Google has quickly become that type of monopoly. As the company develops a reputation for providing the best, most relevant and useful search results for nearly any subject, it attracts more and more users. Once Google established itself as the dominant place for information, advertisers knew that they had to place their ads on there to reach the most individuals. With Google's ad placement technology, local and global reach, and the ability to target users searching for specific information, advertisers could achieve a much higher return on their ad dollar investment -- unlike local newspapers who may have had some demographics from the publisher but nothing to match the specificity and reach of Google's searches.

As Warren Buffett recently remarked, newspapers are in competition with the cemetery for readers. Although he owns the most profitable newspaper in the US, The Buffalo News, he would never make the same purchase in today's climate. He also mentioned what I consider the "2 by 24 problem" -- having 2 eyeballs and only 24 hours a day creates problems for media outlets competing for user/viewer attention in an age of expanding access points (Internet vs. TV). As more people spend their free and work time online, they migrate away from traditional media sources -- TV and newspapers -- and use the internet for news and entertainment, precipitating the eventual popularity of video. The large TV networks and newspapers must find a way to maintain their audience through online offerings.

The proliferation of wired (DSL, cable modem) and wireless broadband has facilitated the popularity of online video, enabling firms to provide much more data-intensive services that could greatly expand the media types provided in those search results. YouTube demonstrates the potential of video search services in a high-speed data, increasingly Internet-focused world. And, like Google in its early existence, YouTube developed a reputation for one of the most comprehensive, interesting libraries of videos that could be readily uploaded, shared and discussed in a community-like environment. That attracted many other users and has become the default location to search for specific video content on the web.

Does this sound familiar? Is this another "natural monopoly?" Time will tell, but YouTube's initial popularity remains promising. The firm will of course need to filter and remove copyrighted content, work with copyright holders to license their material, and determine the best method to utilize Google's advertising placement capability into a site that has yet to fully integrate advertising into its (YouTube's) service. Also, sites with large user bases and nascent video services, such as MySpace, could compete for users. But I think that Google and YouTube founders/investors realized that if you could combine one existing natural monopoly with a rapidly developing one, maintain "independence" as a service, and capitalize on the tendency for viewers to prefer one site, the combined firm's future growth could be pretty significant.

I may be too optimistic, but I also think that those expressing pessimism regarding the future of the combined firm and its acquisition price may be underestimating the combined Google-YouTube's ability to competitively challenge MySpace for users. Although MySpace's competitive position seems unbreakable right now, Google's advertising client list and technology seems to be much more difficult to replace. The Wall Street Journal's Kevin Delaney will report tomorrow (reg. required) that News Corp. (Fox) Chairman Rupert Murdoch may have complained to Google execs regarding the

Exhibit A

acquisition following MySpace's agreement to use Google search technology. Of course he's worried. He doesn't want to compete against a firm whose technology he needs to help him fully monetize MySpace's user traffic, technology that he does not control, cannot develop quickly, and cannot get from Google competitors.

I also think that a lot of "why didn't I think or invest in this first" sentiment currently exists that may be influencing the long term view of the pairing (generated from reports that the founders may each pocket $200M). Ideas and engineering talent are the lifeblood of Silicon Valley, and currently, innovation that can capture an audience of 30 million in 12 months remains in short supply.

As a side note, somewhere, Steve Jobs is smiling – most consumers may watch much of this using their iTV or widescreen video iPod. Google CEO Eric Schmidt recently joined the board of Apple, the current "arms dealer" to the music industry and the likely future one for video.

Thanks again for your time, and I welcome any feedback.

*Disclosure: Author is long AAPL*

NYP 10/18/06 P. 27

# Semel sees more tough times ahead

**By HOLLY M. SANDERS**

Yahoo!, which has already suffered some embarrassing setbacks this year, yesterday reported disappointing third-quarter results and cut its sales forecast for this quarter.

Chief Executive Terry Semel softened the blow and sent the shares higher by disclosing that after a three-month delay, Yahoo! had launched long-awaited improvements to its search advertising system to help it better compete with archrival Google.

Yahoo! also announced plans to buy back as much as $3 billion in stock over the next five years after its share price declined 38 percent this year.

Yahoo! shares, which closed at $24.15 in regular trading, fell early on in after hours trading, later recouping their losses and bouncing higher.

Semel has been on the defensive since disclosing last month that the company had sold fewer ads in recent weeks than he had expected, largely because of a slowdown in auto and financial advertising.

The results fueled the perception that Yahoo!'s lead among big marketers is being eroded by competition from Google and popular newcomers such as MySpace and YouTube. MySpace is part of News Corp., which also owns The Post.

Google has eclipsed Yahoo! in the rapidly growing Internet ad market, fueled by demand for paid search advertising. Online ad tracker eMarketer estimates Google's ad revenue growth will reach 65 percent this year, compared to 17.5 percent for Yahoo!



**Going down**
$32 Yahoo!
Close
$24.15
-3¢
30
28
26
24
May        October

Exhibit B

NY Post 10/20/06 p. 35



# Google flexes ad muscle yet again

By HOLLY M. SANDERS

Google's profit and sales surged in the third quarter as the Internet giant once again demonstrated its dominance in online advertising.

The company beat analysts' expectations, sending the shares up 7 percent after hours. The stock closed at $426.06 in regular trading before Google reported results.

"Business is very, very good at Google," Chief Executive Eric Schmidt said.

So good, in fact, that one tracking firm, eMarketer, estimates Google will pocket 25 percent of the $16 billion spent on U.S. online advertising this year.

Analysts said Google is stretching its lead over rivals in the lucrative paid search market, while benefiting from the continued boom in Internet advertising.

In a conference call with analysts, Google executives painted the picture of a company firing on all cylinders, from advertising to product innovation to acquisitions.

Profit almost doubled to $733.4 million, or $2.36 a share, compared with the same quarter a year ago. Revenue jumped 70 percent to $2.69 billion, from $1.58 billion a year earlier.

Schmidt singled out a "blizzard of new products" and a string of partnerships with other Internet players, including New Corp.'s MySpace and culminating in the $1.65 billion acquisition of YouTube, as key to future growth.

Google's results contrasted with those of its closest competitor.

On Tuesday, Yahoo! blamed a "glut" of competition and slowing sales in two areas, automotive and financial services, for disappointing third-quarter results.

Exhibit C

## MediaCentric
BY JON FINE

# The Google/YouTube Come-On

Google and YouTube are dangling nine-figure sums in front of major programming and network players—that is, the Time Warners, News Corps, and NBC Universals of the world. Google calls these monies licensing fees, according to executives who've been involved in the discussions. But some of them characterize the subtext like this: Don't sue us over copyrights. Take this (substantial) payment, and trust us to figure out how we'll all make serious money once we get advertising and revenue sharing worked out.

The offer, and YouTube's rapid rise, force the titans of a time past to make a very big decision quickly. If you're a network, you can't ignore YouTube's reach. (Some 23.5 million unique visitors went there in October.) But if you're a network, you also believe you can't give up your stuff lightly. Your copyrights, and insisting on your programming's premium value, underpin the entire business model.

**TO COMPLICATE MATTERS,** no publicly traded media company today is in a position simply to dismiss, say, $100 million. Such a sum far exceeds what any single broadcast network can extract from the online world—and drops straight to the bottom line. But taking the dough fortifies an already threatening rival. One executive privy to the discussions says: "The reality is, if they are able to lock in major media [companies] for three years, then by default YouTube is the place to go" for Web video. Such fears may be what's spurred several major media players to mull assembling a cross-company Web video destination—a YouTube killer of their very own.

"The theory is that if you were to aggregate enough exclusive content in one place, you could actually change viewing patterns," says an executive familiar with the cross-company talks. Perhaps anticipating my jumping all over the fallacy of "exclusive" in an open online ecosystem, he concedes "it's really tough," though not impossible.

I will not try to convince anyone that the choices media companies face are easy, but believing that 5 or 10 of them can grind through nightmarish cross-corpora decision-making and emerge with something as simple and compelling as YouTube is nuts. I don't necessarily buy the notion that only outsiders concoct interesting next-generation plays like Google, YouTube, Friendster, and iTunes. But I do know that if I can't spend a half-hour watching live Sex Pistols clips from 1977 on a NewTube—as I just did on YouTube—my interest in it falls off a cliff. (While many existing Web video outfits, from Break.com to Microsoft and Yahoo!, would likely delight in hosting a YouTube rival, bringing them on means another party at the table.)

**STEWART, *IDOL*, SIMPSON** Today contraband on YouTube, tomorrow...?

Still, take a moment to appreciate the multiple ironies. You could argue that *Saturday Night Live*'s goofy, pretty much perfect mock rap video *Lazy Sunday* made YouTube ultrahot last December. You also could argue that the kindling was in place, and only timing meant *Lazy Sunday* struck the spark and not, say, Lonelygirl15. Or, for that matter, that NBC got promotional bang out of *Lazy Sunday*'s multimillion views far outweighing old-school copyright concerns. (It was the first time I'd seen *SNL* in years, and the first time I laughed at it in about 20.) Thus, the YouTube version of the chicken-egg conundrum: Which party needs the other more? One executive's prediction that some licensing deals will get done indicates where the power now lies.

Media execs familiar with the YouTube offer won't discuss it publicly. Neither will Google. But it's interesting that no programming giant has sued YouTube yet. Presumably those guys won't unleash the lawyers until certain talks are played out. Or maybe—indulge me in some crazy dreaming—they know that they can't sue their way out of this. ■



BusinessWeek.com   For Jon Fine's blog on media and advertising, go to businessweek.com/innovate/FineOnMedia.

Exhibit D

(TOP) PHOTOGRAPH BY ETHAN HILL

The BlackBerry Pearl from Cingular
The smallest and thinnest ever

- The only BlackBerry device with Push To Talk
- Access to both work and personal email



cingular

 **Money**.com

 PRI

Powered by 

# Can Yahoo catch Google?

The search advertising business is almost - but not quite - locked up. Could Ask.com be the wild card?

By David Kirkpatrick, Fortune senior editor
December 15 2006: 1:43 PM EST

**FORTUNE**

NEW YORK (Fortune) -- The real online race is the one for ads, with everybody struggling to catch up to Google. You may think of Google as a search company, but selling and deploying ads is the business that drives its stratospheric stock price.

Google (Charts) now talks internally about building a "global operating system for advertising." It's already - through its AdSense program - selling ad space on many affiliated non-search Web sites and matching their content to ads. And as it adds similar systems to place ads on radio, in print and eventually on TV, Google aims to build an operating system for ads in all media. That is an amazingly ambitious business goal.

Google leads the race, by a mile, to sell ads on affiliated Web sites, though Yahoo (Charts) and Microsoft (Charts) have similar programs. But the real money is in ads aligned with search results. The rate at which viewers click on ads in search results can be as high as 20 percent, and never lower than 10 percent. That's a far better money-making opportunity than selling conventional banner ads, which get clicked at most 1 percent of the time.

Yahoo is hoping to get a bigger piece of that business with the launch of its long-awaited "Panama" advertising system. Finally, Yahoo will have modern software for advertising that compares to Google's.

Yahoo's old ad system, which it acquired when it bought Overture, gave prominence to the advertisers who paid the most. But Google, when it mimicked Overture and created its own system, took the concept a step further - it positioned ads based on the amount of revenue an ad would bring to Google. An ad that costs 15 cents but gets clicked on twice is thus placed more prominently on a search results page than one that costs 29 cents but is only hit once in the same period.

Yahoo's Panama has caught up to that aspect of Google's system. Yahoo Vice President for Product Strategy Brad Horowitz says that up to now Google had what he calls the "second-mover advantage". But Yahoo's new system brings it back in the game, he says: "This encourages the advertiser to create more relevant ads, and it's better for the user who sees more useful ads."

Today Google overwhelmingly dominates the search business. It thus has by far the largest inventory of ad space to sell (especially when you include the non-search AdSense inventory) as well as the largest number of advertisers

Countrywide HOME LOANS
search for:
Home Loans

Less than perfect credit expertise.

**4 out of 5 Approved!**

- Refinance
- Consolidate Debt
- Home Improvement
- Cash Out Refinance
- Loans for Bad Credit Homeowners
- Loans for Self Employed Borrowers
- How much cash can I get?
- How much can I save each month?
- Can I lock in a low rate now?
- Flexible Payment Options
- Interest Only Loans
- Jumbo Loans

**1-866-467-6498**

Exhibit E

seeking to buy advertising.

The risk for Yahoo and Microsoft, Google's top rivals, is that much as eBay (Charts) has developed the de facto dominant marketplace for buyers and sellers of goods, so Google could start to be seen as the de facto marketplace for ads. Buyers of ad space want to go where there are the most sellers and vice versa. It's what you call a "network effects" business - the more people who go there the more other people want to go there.

Word in the industry is that Yahoo now has about half as many advertisers as Google (neither company will reveal the actual numbers).

Could Yahoo regain strength with Panama? Perhaps. But it has a better chance if it bands together with Google's other rivals to offer an alternative marketplace that is competitive in size.

It's all about traffic. Google, with its affiliates like AOL and Ask.com, commands well over 50 percent of all searches in the U.S. in October, according to numbers compiled by Neilsen NetRatings. The combination of Yahoo, with 23.9 percent of searches, and Microsoft, with 8.8 percent, would be, at about 33 percent, a much more formidable rival than either company can be on its own. (That's why many believe Microsoft will either try to buy Yahoo or else link up in some other way to sell ads collectively.)

The wild card is Ask.com, owned by IAC/Interactive (Charts). Its own site accounts for 2.8 percent of searches, according to Nielsen. But Ask CEO Jim Lanzone explains that if you add in both other search sites Ask operates (like Excite and iWon) as well as other sites that use Ask's search (like Lycos and Infospace), its total volume accounts for more than 10 percent of all searches. Though Ask has its own distinctive (and impressive) search technology, most of the ads on its searches are put there by Google, in a deal that expires at the end of 2007. Expect a hot contest for the deal that succeeds it.

Adding in Ask could bring a Yahoo/Microsoft axis much closer to parity with Google in terms of traffic. (Google would lose the 6-7 percent and Ask's new partner would gain it.) Alternatively, either Yahoo or Microsoft could do a deal with Ask on its own. "We have the opportunity to be a swing state," says Lanzone with relish.

Meanwhile, Ask is slowly but steadily growing its share of search traffic. As it does, it makes itself an even more attractive partner for the next round of matchups when Ask's Google deal expires.

Google won the majority of the lucrative search ad business by creating the search site most people like to use, and by building a wonderfully-efficient engine for placing ads on those searches. But in a business that good, competitors will spend almost any amount of money to compete. Now we'll see if they can succeed.

---

Diller's bet: Nice Ask

IAC to launch Web-based local info service ■

**Find this article at:**
http://money.cnn.com/2006/12/15/technology/fastforward_google.fortune/index.htm

☐ Check the box to include the list of links referenced in the article.

# The Unbreakable Google Monopoly

T. Goldsmith, Azinet LLC
January 2007  REV 4/20/07

Search Engine Honesty

This paper summarizes the situation regarding the possibility of significant competition for Google search engine and targeted advertising activities and concludes that Google has an unbreakable functional monopoly for the high-quality search business that is similar to and possibly more extensive and disturbing than Microsoft's position regarding operating systems.

In the past, major search engines such as Altavista and Excite seemed to have very dominant positions and were nonetheless subsequently almost completely superseded by newer search services particularly Google. However, the current situation is very different and Google's dominant position regarding high-quality Internet search is very secure because of a number of factors that did not apply to previous search operators including:

- Massive Investment Requirement
- Maturity of Search and Web Technology
- Operations Data
- Economies of Scale
- Tracking Data Volume
- Anti-Competitive Practices
- Declining Captive Audiences

**Massive Investment Requirement**

Given informed choice, search engine users choose a search service based on the following parameters: (Our poll indicates that the importance is in the stated order.)

- Quality of web sites listed in results[1] (relevance, freedom from spam)
- Freshness of results (speed with which new web information is incorporated into search results)
- Comprehensiveness of results (number of sites and pages that can potentially be found with a search)
- Speed with which results displayed during a search

We can define "search quality" as encompassing all of these parameters. The cost of satisfying each of these parameters is driven by the size of the web, which now encompasses billions of web pages. Where a university project could produce a competitive search product ten years ago, explosive growth in the web has resulted in a

---

[1] **Search Results**: Specifically non-sponsored listings as opposed to paid, "sponsored results."

Exhibit F

1

situation in which enormous up-front investment would be required to produce a search service that could plausibly compete with Google in terms of the above parameters.
A search engine must acquire and store all the web data that it covers. A search engine must repeat this acquisition often to achieve freshness. A search engine must be able to search through all this data in fractional seconds. Google is said to have 150,000 computers and massive Internet connectivity.

It is true that a search engine that is superficially similar to Google could be (and has been) produced with vastly fewer resources. Google indexes approximately 10 *billion* web pages and revisits them approximately monthly. (Many pages are visited much more often.) Imagine a search engine that only indexed 10 *million* pages and only visited them every six months. This engine would require about 1,000 times less computational resources and 6,000 times less connectivity, an enormous cost reduction. A search for a popular search term (Britney Spears, hot chicks, MP3 files) might well produce results acceptable to a casual user. However, apparently people (even casual and relatively unsophisticated searchers) want the superior results they can get from a better search service.

**Maturity of Search and Web Technology**

Search and the underlying Internet web technology including servers and browsers are now relatively well developed. There is little or no chance of a revolutionary new invention or technological breakthrough that would allow a competitive advantage sufficient to override the other factors. Because of the size of the web (number of deployed sites, pages, servers, browsers, etc.) any technological change would tend to spread relatively slowly, allowing Google time to catch up. In the event a new company somehow developed new technology that promised an advantage, Google's enormous market cap would allow it to outbid most, likely all, competitors.

**Operations Data**

Google Search is based on innovations[2] made by cofounders Brin and Page that produced substantial improvements in search quality. Patents on these and other innovations contribute to Google's monopoly position. These innovations are augmented by years of accumulated data and incremental development resulting from the actual day-to-day operation of the Google system in today's web environment. A competitor with comparable technology and comparable installed computer capacity would still be years behind in the accumulation of this operating data and would likely never catch up.

---

[2] ***Brin, S. and Page, L.**, The Anatomy of a Large-Scale Hypertextual Web Search Engine*, Stanford University, 1998

2

**Economies of Scale**

Google has more than twice the search traffic[3] of its nearest competitor (Yahoo Search) and more than five times the traffic of its next nearest competitor (MSN Search). Because of the large portion of search system cost represented by "front-end" infrastructure, that is, costs that must be expended regardless of search volume, Google has a major advantage over rivals with lower traffic. Income is proportional to traffic; cost is not.

**Tracking Data**

Google's large advantage in search traffic and extremely pervasive AdSense advertising placements allow it to acquire *tracking data*[4] on an extremely large number of web users relative to any existing competitor much less any new competitor. This tracking data advantage allows Google to control spam[5] to a much larger degree than otherwise possible and therefore allows Google to deliver results of higher quality than competitors. Web spam has been and continues to be a major problem for all search engines. Because spammers evolve and for other reasons, spam control represents recurring cost.

In addition, the tracking data advantage allows Google to better control click-fraud and other issues that would otherwise very adversely affect its AdSense advertising system. This advantage allows Google to achieve a higher level of automation and therefore lower per-partner-site cost in managing its AdSense advertising partners. Consequently, it is unlikely that any competitor will be able to develop an advertising system with the degree of automated management possessed by the Google AdSense system. Competitor's per-site labor costs will therefore always be higher, limiting their ability to place ads on smaller web sites and eliminating their access to an entire market segment (small web site advertising). Google will therefore retain its substantial monopoly in small web site pay-by-click advertising. Notice the circular situation: Google's *ability* to place ads on small web sites is, in part, enabled by the fact that they *are* placing ads on small sites and therefore possess more tracking data.

Google's advertising system is so effective that Google can economically and effectively display targeted text ads on essentially any web site with apparently zero manual review. No competitor has a similar capability.

---

[3] *Search Traffic*: Nielsen//Netratings measured searches performed by U.S. home and work web surfers for July 2006: Google and its partners (AOL Search) using Google data 55.5 percent of searches, Yahoo 23 percent, MSN Search 9.6 percent, Ask 2.6 percent, others 8.5 percent.
[4] *Tracking data*: Data showing the web usage (pages visited, time spent on each page, time-of-day visits were performed, subject matter of pages visited, etc.) of individual web users. Usage patterns of legitimate users differ from click-fraud participants and can also be used to identify spam sites. Tracking data can be obtained anytime a user visits a web site owned by a search engine or one of its advertising partners.
[5] *Spam*: A web site listed in search results that turns out to have little or no useful content or that is not relevant to the subject of the search.

3

Google's purchase of major web advertising network DoubleClick (if approved by regulators) will increase Google's tracking advantage.

**Google Anticompetitive Practices**

Google (as well as other search engines) can use *manual censoring*[6] of non-sponsored search results or *site-unique bias*[7] to suppress access by their users to competitive services such as directories. Our studies[8] show that search results pointing to small-business directories are very heavily censored by Google. These techniques[9] can also be used to suppress user access to sites that compete with Google's activities in other areas (selling of things, video, pictures, message boards, etc.) or which compete with Google partners. Manipulation of unpaid (non-sponsored) search results for anti-competitive purposes is currently unregulated.

**Declining Captive Audiences**

Many MSN users use MSN Search because it has been integrated into MSN as the "default" search service. Similar default settings can be found on ISP supplied browsers and Microsoft Internet Explorer. As the user population becomes more educated and knowledgeable regarding the Internet, fewer will use "beginner" services such as MSN and more will change default settings to use Google. Users will graduate to Internet service providers that provide superior or cheaper Internet access with fewer beginner features such as cable Internet services or telephone company DSL or fiber optic services. Simultaneously, MSN's more sophisticated users will tend to choose Google because of superior performance as opposed to using the "pre-chosen" MSN search service. Similar issues will tend to erode Yahoo's share of the search business. Google's search share will therefore continue to increase.

**Conclusion**

Google has an effective unbreakable monopoly regarding high-quality Internet search and associated advertising. Google's stock price, relative to Yahoo, suggests that the market has reached a similar conclusion. Because of the factors noted above, it is very unlikely that Yahoo Search, MSN Search, or an emerging competitor would be successful in matching Google in this arena and so potential competitors are likely to expend their resources elsewhere. It is therefore likely that the differences in quality between Google and other search services will increase.

---

[6] *Manual Censoring*: Google admits to manual censoring ("banning") in which individual small-business web sites are excluded from the Google search index and therefore cannot be found in a Google search. Google does not disclose its reasons for censoring a particular site. Small-business directory sites are very heavily censored by Google.

[7] *Site-Unique bias*: The use of a search engine ranking or depth-of-crawl algorithm that contains or refers to a list of domain names, trademarks, site-unique phrases, or other site-unique information in order to negatively or positively bias search result ranking or page indexing of individual, hand-selected web sites.

[8] *Case Studies*: See Kinderstart Case, SeekOn Case, Search Engine Censoring of Sites Using ODP Data

[9] *Search Engine Bias Issues*: *Impact of Search Engine Editorial Policies on Small Business and Freedom of Information*, Azinet LLC, April 2007

4

Although unsophisticated users and people using search for entertainment can continue to be served by Yahoo search, MSN Search, and other existing or emerging services, Google is the only source of the highest quality search. People who need high-quality search for business, research, and other more serious activities have an increasingly sole-source situation.

There are also freedom-of-information issues associated with a monopoly or even extremely limited competition in high-quality search. Search engines are seen as publishers and therefore currently have total editorial control over the information they "publish" in their non-sponsored search results. They can and do use site-unique bias and outright censoring of search results to impose editorial policies. Other forms of bias including political bias are technically easy to implement and may exist. Disclosure of editorial policies is not required. A single entity controlling such an important information source as world-wide high-quality search is, at the very least, disturbing. Special anti-trust issues surround businesses that control the distribution of information.

[Search Engine Honesty](#)

Copyright 2007 Azinet LLC

5

# News&Insights

VENTURE CAPITAL 2.0

# MAKE-OR-BREAK TIME FOR THE NET NEWBIES

As shakeout fears rise, startups are spending furiously to break from the pack

**BY HEATHER GREEN**

IT'S A FORMULA THAT HAS FIRED up Internet entrepreneurs from Palo Alto to Paris: Start with free software, add falling prices for computing and data storage, toss in ever-cheaper distribution costs, and you can launch an online service for practically nothing. But now that many so-called Web 2.0 outfits have a couple of years under their belts, it's sinking in that it takes real money to turn those ideas into real businesses—to reach a broad audience, scale up operations, and, you know, turn a profit. "It's true that you can do a science experiment more efficiently than you could five years ago," says Rob Shurtleff, managing director at Divergent Ventures, a venture capital firm. "But don't confuse doing the science experiment with building a large enterprise."

For many Web companies, 2007 will be the year that difference becomes painfully obvious. They may have started out with dreams of getting snapped up by the likes of Yahoo! Inc. and Google Inc. But out of scores or even hundreds of startups in any given category, whether it's video sharing or photo slideshows, only a handful will be bought in their first rush of success. The phenomenal triumph of MySpace and YouTube Inc. is the exception, not the rule. To complicate matters, basic expenses such as salaries, marketing, and real estate are on the rise, driven up by the very fact that so many companies were started on a shoestring.

That means raising significant money to spend on nuts and bolts. Web services may cost mere hundreds of thousands of dollars to set up. But turning them into profitable companies could cost $15 million to $25 million, much of which must be spent on distribution, engineering, and infrastructure, says Brad Feld, a managing director at Mobius Venture Capital Inc. Some outfits are raising even more. Brightcove Inc., a video-distribution company, has raised $82 million, and home-appraisal site Zillow has $57 million.

They're getting room to run because venture investment in consumer Web projects is on the rise, more than doubling in 2006, to $943 million. And the amount that VCs are investing in each financing round is growing. Compared with the fourth quarter a year ago, the average amount per deal in a later-stage round

**FUNDED** 4INFO
CEO Thet raised $16 million



**ONCE AGAIN BETTING BIG**
Venture investing in consumer Web outfits is the highest since the dot-com bubble burst

BILLIONS OF DOLLARS

'01 '02 '03 '04 '05 '06

Data: Thomson Financial for PWC/N MoneyTree Report

Exhibit G

has nearly doubled, to $9.2 million. But this rapid rise in funding sets up an inevitable day of reckoning.

## 'DARWINISM'

IF THEY CAN'T PROVE their business models or break from the pack, Web companies risk becoming part of a shakeup that observers expect to really get going in 2008. "We're still a year or two away from the bigger market segments like social networking, user-generated video, and vertical search showing real Darwinism," says Todd Dagres, general partner at VC firm Spark Capital. Some winnowing has already begun.

One of the biggest costs of scaling up is adding employees. After launching a startup with two or three friends, founders soon realize that, no matter how much they work, they can't answer all the e-mail or put out all the features they want. So they hire customer service reps and engineers. That's the case at 4INFO, a mobile search service that has raised $16 million to dish up weather updates, sports stats, and local restaurant listings to cell phones. Last year, CEO Zaw Thet added 17 employees, for a total of 31. Now he spends just under $500,000 each month, about 60% more than last year.

Infrastructure can get pricey fast, too. Companies may start with Amazon.com Inc.'s cheap data storage service, but as they become more popular, they must invest in their own data facilities. FeedBurner Inc., which helps publishers distribute and make money from blogs, has spent nearly 20% of its $10 million in funding on upgrading data centers.

Even a search-engine marketing campaign—the most basic means of getting attention—is becoming prohibitive. Ellen Siminoff, CEO of marketing firm Efficient Frontier Inc., estimates that it would cost a startup $20,000 a month now to run a worthwhile campaign, up from $5,000 two years ago. As vets of the dot-com bust might say, welcome to the real world. ■



MARTIN KLIMEK; CHART BY LAUREL DAUNIS-ALLEN/BW

Case 5:06-cv-07297-JF   Document 52   Filed 05/25/2007   Page 19 of 19

says James Schiro, chief executive officer of Zurich Financial Services AG, which sells microinsurance in four Latin American countries today and is launching a pilot program in South Africa sometime this year.

Ugandan Fred Adriko, 20 years old, didn't know his mother had insurance until she was killed in a car accident in 2005. She had taken out a microloan from Finca to develop a business selling produce and purchased a policy at the same time.

Because of the policy, Mr. Adriko received a payment of about $650, which he can use to take care of his family, he said in an interview through a Finca-provided translator.

AIG knows the benefits of since the premiums collected are small by Western standards, the revenues generated by the microinsurance sector also are tiny. While developing markets are profitable for a few companies, insurance executives say they remain unprofitable for many others.

AIG, which does business in about 130 countries, says its microinsurance business is in the black, but total premiums from life insurance sold to microloan recipients in developing markets add up to only about $45 million a year. That's just 0.15% of the $29.4 billion in life-insurance premiums AIG took in world-wide in 2005.

Some insurers are sitting out erty-casualty coverage must be generated by new customers. Rural customers must represent 7% of all life-insurance policies in the insurer's first year, a number that rises to 18% in its fifth year.

In rural India, in addition to using their own agents, both AIG and Aviva typically sell basic life-insurance policies through local women's groups and microlending agencies. This lowers distribution costs because the person processing the loan also sells and processes the insurance policy on the loan.

Finca, which works with AIG in many places but not India, says its local offices keep as much as 25% to 50% of the premiums left over after claims and expenses in some areas. In others, Finca's local offices get nothing.

Some companies working in India say married women are often their best representatives green lights at ... Delhi. It advertises di cricket TV broadcasts, ar 2005, Aviva paid for more 2,000 airings of TV adve ments for the Bollywood drama, "Viruddh." The ads ended with the Ind gastar, Amitabh Bachcha



## WSJ 2/12/07 p. A13 Google Radio-Ad Heads Quit Amid Skepticism Over Project

By SHIRA OVIDE
And RIVA RICHMOND

The heads of the radio-advertising firm bought by Google Inc. a year ago have left the company as the Internet giant faces skepticism about its efforts to sell ads on radio stations.

Google confirmed the departures of Chad Steelberg and Ryan Steelberg, brothers who led the radio-ad firm dMarc Broadcasting Inc. and sold it to Google last year for $102 million, plus the potential for $1.1 billion in performance-based payments tied to revenue and ad-inventory targets.

The dMarc acquisition is crucial to Google's ambitions to extend its ad platform into newspapers, television and other media as it seeks to diversify away from Internet search. Google has had limited success so far in translating its efficient and automated online-search methods to the $20 billion annual market for radio advertising.

That fact may have contributed to the Steelbergs' departure. At the same time, dMarc's management turnover may embolden a radio industry that has been resistant to turning over control of advertising time on their stations to Google or other automated ad marketplaces.

"It now seems possible that the management disruption at dMarc could slow the march toward online radio selling," Banc of America Securities radio analyst Jonathan Jacoby said in a research note Friday.

After a lengthy integration period, Google began in early December a test of radio ads with a group of its keyword advertisers. Google has signed on roughly 700 of the more than 12,000 U.S. radio stations to test dMarc's automated system of selling, scheduling and delivering ads—too few to be a major player in radio sales. DMarc also has been selling mostly remnant inventory, or low-priced ad spots sold at the last minute.

Google said it is committed to the audio business and is "happy with the progress to date." It declined to discuss the circumstances of the Steelbergs' exit.

The Steelbergs couldn't be reached to comment.

Exhibit H