

**Demolition of**
## An Iraqi Icon
## Raises Alarms
POLITICS & ECONOMICS | A6

**ABC Weighs**
## An 'Anatomy'
## Transplant
MARKETPLACE | B1

D7

# LL STREET JOURNAL.

WEDNESDAY, FEBRUARY 21, 2007 · VOL. CCXLIX NO. 42     ★★★★ **$1.00**

.12 ▲0.01% | DJ STOXX 50 3828.62 ▼0.3% | 10-YR TREAS ▲3/32, yield 4.680% | OIL $58.07 ▼$1.32 | GOLD $657.10 ▼$11.70 | EURO $1.3139 | YEN 119.99

---

### *Indians in U.S. Find New Sideline: Bollywood Moguls*

\*    \*    \*

They Are Pouring Money
Into Mumbai Movies;
The Ab King Goes Boxing

**By Diya Gullapalli**

MUMBAI, India—For years, Renuka Pullat led the life of a wealthy mother in a suburb of San Francisco. She shuttled her two sons to tennis and soccer games, and volunteered for the American India Foundation.

Now, at 38 years old, she has an unusual new occupation: She is one of a wave of Indians in America pouring money into Bollywood movies in India's film capital. One of her newest projects is about a vengeful wife who kills her cheating husband, featuring song-and-dance scenes. Her first movie, inspired by "A Fish Called Wanda," made it to theaters in 2005. It barely broke even.

*Renuka Pullat*

In Bollywood, the name commonly associated with Hindi movies made in the former Bombay, even a lavish production that runs three hours can be made for a few million dollars. Some cost a lot less than that.

It's a byproduct of India's open in regula ernme foreigners to finance movies. It *Please turn to page A18*

**Exhibit I**

---

### RECEPTION PROBLEMS

# TV Industry Clouds Google's Video Vision

*Tensions Are Rising Over YouTube Postings; CBS Talks Go Off Track*

**By Kevin J. Delaney And Matthew Karnitschnig**

Four months after snatching YouTube away from rival suitors for more than $1.7 billion, Google Inc. has encountered a bigger challenge: finding allies in the television industry.

With television executives up in arms about the unauthorized posting of TV shows on the popular online video site, Google is searching for a way to dial down the tension. It sees that task as vital to YouTube's profit potential.

Until about a month ago, Google thought it might get a big boost from CBS Corp. The two companies were closing in on a multiyear deal to let YouTube users watch clips from CBS shows such as "The Late Show with David Letterman" and "CSI," and even to splice those snippets into homemade videos, say people familiar with the matter. The two companies also discussed ways to peddle CBS Radio advertising spots to Google advertisers. Under the deal, Google would have guaranteed ad revenue of more than $500 million for CBS, these people say.

Google, of Mountain View, Calif., wants to continue to grow beyond its roots as a Web search engine and to find more places to sell advertising. YouTube is one such place. Because the site contains so many video clips, it also dovetails with Google's gargantuan stated mission of organizing all the world's information into searchable form. Global consumers are especially hungry for videos, particularly ones from hit TV shows.

But Google's relations with the big U.S. TV companies have grown frosty of late. Google was working on a deal last year with entertainment giant Viacom Inc., whose channels include MTV, Nickelodeon and Comedy Central. Now, Viacom has accused Google of copyright infringement and has demanded that YouTube remove some 100,000 clips of Viacom programs such as "The Daily Show."

NBC said last June that it would put promotional clips on YouTube and buy ads on the site. Last week, the general counsel of NBC sent Google a six-page letter demanding that it keep unauthorized content off the site, say people familiar with the matter. In addition, several film studios recently complained that Google runs ads and offers other *Please turn to page A15*

### Logging On
Monthly visitors to YouTube:



Source: comScore Networks

THE WALL STREET JOURNAL.

• • • •

FROM PAGE ONE

# Television Industry Clouds Google's

Continued from Page One

support for Web sites that let viewers download movies illegally.

Now, the hoped-for deal with CBS has unraveled as well, say several people knowledgeable about the talks. The two companies couldn't agree on such important issues as how long the deal would run, one of these people says. Although the talks could be revived at some later date, for now Google and CBS intend to work together only on more modest initiatives.

Google's difficulties with television executives are the latest indication that its Web success won't be easy to replicate in media distribution and in TV and radio advertising. Although the current strife might eventually prove to be no more than hard-nosed negotiating, Google's attempt to cut deals with media companies seems to be turning into a long slog.

A YouTube spokeswoman says the company will continue to pursue partnerships. "We respect the rights of content owners and want to work with them to more broadly distribute their content" and to help them make money in the process, she says.

## Sparking Protests

In the first years after its founding in 1998, Google mostly indexed other Web sites, and almost no one complained. But its more recent efforts to expand with initiatives involving news, books and video have sparked protests by many who hold rights to that material.

Google's plan to scan millions of books from university and public libraries into a database, for example, prompted the Authors Guild and five major book publishers to sue it for copyright violation. Google has been sued by several news organizations over its Google News service's use of headlines, article excerpts and photos. Google has said in each case that it has respected copyright laws.



Eric Schmidt

So far, none of the disputes have much slowed Google's growth. The company reaches hundreds of millions of consumers and hundreds of thousands of advertisers around the world. Its core online-advertising business is trouncing rivals, generating more than $10 billion in revenue in 2006. Google reported $3.1 billion in profit last year, and its stock-market valuation soared to more than $140 billion.

For TV executives fretting about the future of their business, YouTube is both fascinating and terrifying. The popular Web site has brought online video to the masses, making it easy for anyone with a computer and an Internet connection to find and view clips ranging from home videos of pet tricks to TV shows like the "The Simpsons," which YouTube users post without permission from anyone.

The way TV executives see it, programming they own has contributed to YouTube's success. Thirteen of the 20 most-viewed YouTube videos in the month ending Feb. 15, for example, were professionally made. They in-



CBS chief Leslie Moonves, left, and Chad Hurley, chief executive of YouTube, at the Consumer Electronics Show in Las Vegas last month.

cluded a clip of Ivanka Trump on ABC's "Jimmy Kimmel Live" and a local TV news report on lock picking.

Copyright law compels YouTube to remove all videos to which it or its users do not hold rights—provided it receives a complaint from the owner. Media' companies regularly issue such complaints, and YouTube readily complies with them. But YouTube users often put similar clips back up the next day.

Some TV companies have considered suing Google over copyright infringement, perhaps by arguing that YouTube's removal of the clips doesn't shield Google from liability. It isn't clear how courts would respond to that approach. At present, media companies say they want to keep the conflict from boiling over into a barrage of lawsuits.

"The way to resolve this is not by suing people quickly but working together to create legitimate business models that respect copyrights," says Paul Cappuccio, Time Warner Inc.'s general counsel. "Yet we will use those who are irresponsible."

## Creating a Rival

Major media companies have established their own video sites that offer, free, such popular network shows as "Lost" and "24." But those sites are not nearly as popular as YouTube is for watching videos. In recent months, several media companies, including Viacom, General Electric Co.'s NBC network, and News Corp.'s Fox network, have discussed pooling their content to create a rival to YouTube. Yesterday, Viacom announced an agreement to license hundreds of hours of TV programming to an online video service called Joost, which competes with YouTube.

The problem the media, companies have in dealing with Google is that we're not in a position of strength," acknowledges a senior executive at one of the companies.

Google's difficulties with TV companies began in earnest in January 2005. In an effort to create a searchable database of dialogue and images from TV shows, Google had begun recording TV programming, in some cases without notifying the channels themselves. Executives at CBS, Walt Disney Co.'s ABC and Warner Bros. television,

a unit of Time Warner, among others, asked Google to back off, citing possible copyright violations. Google ultimately abandoned the practice.

Over the past year, it has made some headway with media companies. Last summer it announced a deal, which has since expired, to distribute video from Viacom's MTV Networks over the Web. It struck a deal with News Corp. to provide search technology and to broker ad sales for its MySpace site, guaranteeing $900 million in ad revenue for News Corp. over the next three years. It reached agreements with music labels such as Warner Music Group Corp. to license music videos. It is currently working on a deal to offer video from the British Broadcasting Corp., according to people familiar with the matter.

The announcement in October that Google had agreed to buy YouTube rekindled the tension. YouTube had avoided copyright litigation with big media companies, but Google executives decided they needed to sit down with executives at those companies.

Hours after the announcement, Google Chief Executive Eric Schmidt met with Viacom representatives in New York. Later that week, he and Google's vice president for advertising sales, Tim Armstrong, flew to Los Angeles to meet with executives at News Corp.

Google's message: The company is a friend to content owners. Google told media executives it was planning to put in place a digital "fingerprint" system to identify copyrighted audio and video clips posted on YouTube, and that such a system would enable it to remove material or to share ad revenue with owners.

At the beginning of the Viacom talks, Mr. Schmidt floated the idea that Google might be willing to guarantee as much as $500 million in ad revenue over several years to license Viacom's video. According to three people involved in the talks. Under the terms discussed, Google would pay Viacom about 70% of any advertising revenue generated by Google from Viacom's videos, these people say. In exchange, Viacom would agree not to sue Google over copyright issues.

Google withdrew its almost immediately, ac people close to the Viacom Chief Executive Ph wanted to talk about co tising sales and technic fore negotiating about people say.

Mr. Schmidt visited York offices at least tw other negotiating ses Google executives bac some of his proposals, ple involved in the talks say.

Google changed its position on some issues largely because of financial demands Viacom was making, according to two people familiar with Google's position. At one point, Viacom demanded minimum payment guarantees approaching $1 billion, these people say. A man says the compa such a demand.

Some at Googl whether paying so m made economic sense, people involved in the main value of a deal w tion from copyright la of these people, and th by Viacom might not enough advertising to mum payments. Online ing is expected to be lion this year, just a fra all online ad market.

By year's end, disc Google and Viacom ha

### Changing Cl

* The Situation: Google strike deals with TV c their videos—legally— video-sharing site.

* The Background: Unc posting of copyrighted YouTube users has bee problem for the enterta

* The Bottom Line: The and most TV producers able to agree on how m are worth.

got to the point wher weren't getting anyw the people involved. two the companies hi ited to their lawyers.

Nevertheless, talk bers Google had ori the Viacom negotiat tations at other med

By late fall, some were pursuing a larg deal with CBS, in ho lead to similar pa other media compan miliar with the matt dent of CBS's Inte Quincy Smith, had with Google and Mr. vious job as an Alle

CBS's split from had left it with a te and local TV and ra

## As Costs Rise, Government's Role in Paying for Health C

Wednesday, February 21, 2007    A15

## FROM PAGE ONE

# try Clouds Google's Video Vision




s., left, and Chad Hurley, chief executive of YouTube, at the w in Las Vegas last month.

'rump on ABC's and a local TV cking.
npels YouTube o which it or its its—provided it from the owner. egularly issue and YouTube them. But You-not similar clips y.
ies have consid-er copyright in-by arguing that l of the clips e from liability. It ts would respond .t present, media want to keep the g over into a bar-

ve this is not by su- but working to-gitimate business t copyrights," says ime Warner Inc.'s et we will sue those ble."

mpanies have estab-ideo sites that offer, r network shows as ut those sites are not r as YouTube is for r recent months, sev-anies, including Via-ctric Co.'s NBC net-Corp.'s Fox network, oling their content to ouTube. Yesterday, Vi-i an agreement to li-f hours of TV program-ie video service called npetes with YouTube. m the media compa-ling with Google is that osition of strength," sa enior executive at one ies.
ficulties with TV compa-arnest in January 2005. create a searchable data-gue and images from TV le had begun recording ting, in some cases with-g the channels them-tives at CBS, Walt Disney l Warner Bros. television,

a unit of Time Warner, among others, asked Google to back off, citing possi-ble copyright violations. Google ulti-mately abandoned the practice.

Over the past year, it has made some headway with media compa-nies. Last summer it announced a deal, which has since expired, to dis-tribute video from Viacom's MTV Net-works over the Web. It struck a deal with News Corp. to provide search technology and to broker ad sales for its MySpace site, guaranteeing $900 million in ad revenue for News Corp. over the next three years. It reached agreements with music labels such as Warner Music Group Corp. to license music videos. It is currently working on a deal to offer video from the Brit-ish Broadcasting Corp., according to people familiar with the matter.

The announcement in October that Google had agreed to buy You-Tube rekindled the tension. YouTube had avoided copyright litigation with big media companies, but Goo-gle executives decided they needed to sit down with executives at those companies.

Hours after the announcement, Google Chief Executive Eric Schmidt met with Viacom representatives in New York. Later that week, he and Google's vice president for advertis-ing sales, Tim Armstrong, flew to Los Angeles to meet with executives at News Corp.

Google's message: The company is a friend to content owners. Google told media executives it was planning to put in place a digital "fingerprint-ing" system to identify copyrighted au-dio and video clips posted on YouTube, and that such a system would enable it to remove material or to share ad reve-nue with owners.

At the beginning of the Viacom talks, Mr. Schmidt floated the idea that Google might be willing to guar-antee as much as $500 million in ad revenue over several years to li-cense Viacom's video, according to three people involved in the talks. Under the terms discussed, Google would pay Viacom about 70% of any advertising revenue generated by Google from Viacom's videos, these people say. In exchange, Viacom would agree not to sue Google over copyright issues.

Google withdrew its payment offer almost immediately, according to two people close to the Viacom camp. Via-com Chief Executive Philippe Dauman wanted to talk about control of adver-tising sales and technical matters be-fore negotiating about money, these people say.

Mr. Schmidt visited Viacom's New York offices at least twice, but during other negotiating sessions, different Google executives backed away from some of his proposals, the three peo-ple involved in the talks say.

Google changed its position on some issues largely be-cause of financial de-mands Viacom was making, according to two people famil-iar with Google's po-sition. At one point, Viacom demanded minimum payment guarantees ap-proaching $1 bil-lion, these people say. A Viacom spokes-man says the company never made such a demand.

Philippe Dauman

Some at Google questioned whether paying so much to Viacom made economic sense, according to the people involved in the discussions. The main value of a deal was indemnifica-tion from copyright lawsuits, says one of these people, and the video provided by Viacom might not have attracted enough advertising to cover the mini-mum payments. Online-video advertis-ing is expected to be worth $775 mil-lion this year, just a fraction of the over-all online ad market.

By year's end, discussions between Google and Viacom had stalled. "It just

Changing Channels

◆ The Situation: Google is trying to strike deals with TV companies to carry their videos—legally—on its YouTube video-sharing site.

◆ The Background: Unauthorized posting of copyrighted material by YouTube users has been a persistent problem for the entertainment industry.

◆ The Bottom Line: Thus far, Google and most TV producers haven't been able to agree on how much such rights are worth.

got to the point where it was clear we weren't getting anywhere," says one of the people involved. Contact between the two companies has since been lim-ited to their lawyers, this person says.

Nevertheless, talk of the big num-bers Google had originally floated in the Viacom negotiations fueled expec-tations at other media companies.

By late fall, some Google executives were pursuing a large-scale licensing deal with CBS, in hopes that it would lead to similar partnerships with other media companies, say people fa-miliar with the matter. The new presi-dent of CBS's Interactive division, Quincy Smith, had worked closely with Google and Mr. Schmidt in his pre-vious job as an Allen & Co. banker.

CBS's split from Viacom last year had left it with a television network and local TV and radio stations. With

the broadcast-television business flat and radio declining, CBS chief Le-slie Moonves was eager to shake up the company's old-media image. In October, CBS had struck an agree-ment to make some CBS video avail-able on YouTube, in exchange for a share of ad revenue.

### Large-Scale Deal

CBS and Google began discussing a more sweeping video-licensing deal. They also kicked around an idea for Google to sell CBS Radio ads to Goo-gle's advertiser clients.

Mr. Schmidt made plans to fly to Las Vegas for the Consumer Electron-ics Show in early January, where he hoped to join Mr. Moonves onstage to announce a deal, according to one per-son aware of the plan. The Saturday before the show, Mr. Moonves was presented with an outline for an agreement, but he said he could not sign off on it, according to several peo-ple familiar with the matter. Mr. Schmidt canceled his trip, and You-Tube Chief Executive Chad Hurley ap-peared with Mr. Moonves, announc-ing an online contest with Google pegged to the Super Bowl.

Negotiations continued, but the two companies couldn't agree on a number of crucial matters, according to several people knowledgeable about the talks. For example, Google was pushing for a five-year deal, while CBS wanted a shorter one, one of these peo-ple says. In addition, some CBS divi-sion heads were reluctant to sign off on a deal, this person says. The discus-sions stalled, although the two compa-nies have continued talking about smaller-scale initiatives, say the peo-ple familiar with the talks.

Media companies have grown impa-tient with Google for not fully imple-menting its "fingerprinting" system to identify copyrighted work. But Google sees the technology as imperfect and worries that rolling it out now would be problematic, says one person famil-iar with the matter.

"Of course there are copyright con-cerns there," said Mr. Schmidt last month. "But we have answered those by saying we're working very hard on fingerprinting technologies." Putting the technology to use, he said, is "a hard problem."

Earlier this month, after Viacom demanded the removal of more than 100,000 video clips from YouTube, its chief executive, Mr. Dauman, said: "We have been quite indulgent to this point. We cannot continue to allow YouTube or Google to continue to profit from our content without a rea-sonable commercial agreement."

Media companies have also com-plained that Google accepts online ad-vertising from sites that allow users to illegally download films. Two weeks ago, Google told the companies that it would take measures to halt that, say people familiar with the matter. But, as of yesterday, a Google search for "download movies" prompted ads for sites that offer access to illegal down-loads.

Mr. Schmidt said late last month that he was sure Google "will eventu-ally do some very significant deals" with TV companies, but suggested that none were imminent. "I'm not in a great hurry on this issue," he said. "It's more important to get it right."

# Skrentablog

« Inevitable gunk creep | Main | Adding people makes all software better »

## How to beat Google, part 1

Our entire industry is scared witless by Google's dominance in search and advertising. Microsoft and Yahoo have been unsuccessful at staunching the bleeding of their search market share. VCs parrot the Google PR FUD machine that you need giant datacenters next to hydroelectric dams to compete. They spout nonsense about how startups should just use Alexa's crawl and put some ajax on top of it. Ye gods.

Grow a spine people! You have a giant growing market with just one dominant competitor, not even any real #2. You're going to do clean-tech energy saving software to shut off lightbulbs in high-rises instead? Pfft. Get a stick and try to knock G's crown off.

So here are my tips to get started. These are all about competing with Google's search engine. Of course G is big business now and does a lot of different things. Their advertising business is particularly strong, and exhibits some eBay-like network effects that substantially enhance its defensibility. Still, even if you're going to take that on too, you have to start with a strong base of search driven traffic.

1. A conventional attack against Google's search product will fail. They are unassailable in their core domain. If you merely duplicate Google's search engine, you will have nothing. A copy of their product with your brand has no pull against the original product with their brand.

2. Duplicating Google's engine is uninteresting anyway. The design and approach were begun a decade ago. You can do better now.

3. You need both a great product and a strong new brand. Both are hard problems. The lack of either dooms the effort. "Strong new brand" specifically excludes "search.you.com". The branding and positioning are half the battle.

4. You need to position your product to sub-segment the market and carve out a new niche. Or better, define an entirely new category. See Ries on how to launch a new brand into a market owned by a competitor. If it can be done in Ketchup or Shampoo, it can be done in search.

5. Forget interface innovation. The editorial value of search is in the index, not the interface. That's why google's minimalist interface is so appealing. Interface features only get in the way.

6. Forget about asking users to do anything besides typing two words into a box.

7. Users do not click on clusters, or tags, or categories, or directory tabs, or pulldowns. Ever. Extra work from users is going the wrong way. You want to figure out how the user can do even less work.

8. Your results need to be in a single column. UI successes like Google and blogging have shown that we don't want multiple columns. Distractions from the middle with junk on the sides corrupt your thinking and drive users away.

9. Your product must look different than Google in some way that is deliberately incompatible with their UI, for two reasons. One, if you look the same as them, consumers can't tell how you're different, and then you won't pull any users over. Two, if your results are shown in the

SEARCH

Search this blog:

Search

ABOUT

This page contains a single entry from the blog posted on **March 26, 2007 1:27 PM**.

The previous post in this blog was Inevitable gunk creep.

The next post in this blog is Adding people makes all software better.

Many more can be found on the main index page or by looking through the archives.

Subscribe to this blog's feed [What is this?]

Powered by Movable Type 3.33

Exhibit J

same form as Google's, they will simply copy whatever innovations you introduce. You need to do something they can't copy, not because they're not technically capable of doing so, but because of the constraints of their legacy interface on Google.com.

10. Your core team will be 2-3 people, not 20. You cannot build something new and different with a big team. Big teams are only capable of duplicating existing technology. The sum of 20 sets of vision is mud.

11. Search is more about systems software than algorithms or relevance tricks. That's why Google has all those OS programmers. You need a strong platform to win, you can't just cobble it together as you go like other big web apps.

12. Do not fear Google's vast CapEx. You should wish maintenance of that monster on your worst enemies. Resource constraints are healthy for innovation. You're building something new and different anyway.

Posted on March 26, 2007 1:27 PM | Permalink

## TrackBack

TrackBack URL for this entry:
http://www.skrenta.com/mt/mt-tb.cgi/108. 1413012850

Listed below are links to weblogs that reference How to beat Google, part 1:

» The Google Killer from JasonKolb.com
What will kill Google? I surely don't think they will dominate the Internet forever, and I think anyone who does is ignoring history. There's an interesting thread about this very topic over at Skrentablog, with some interesting comments as well. [Read More]

Tracked on March 27, 2007 6:36 PM

» htbg, notes from Skrentablog
no this isn't part II yet, just some random thoughts I had this morning. i'm on vacation this week so no polish, sorry. :-| 13. Both personalization and natural language approaches to search seem to mainly be about disambiguation. I've... [Read More]

Tracked on April 13, 2007 1:03 PM

» Top 17 Search Innovations outside of Google from The Software Abstractions Blog
digg_url =
'http://blog.softwareabstractions.com/the_software_abstractions/2007/05/top_17_search_i.html';
There is an abundance of new search engines (100 at last count ) - each pioneering some innovation in search technology. Here is a list of the to... [Read More]

Tracked on May 6, 2007 11:26 PM

## Comments (41)

### Jeff Croft:

This is a great post with some great ideas. Well done.

I do have to ask, though: wouldn't you say number five, "forget about interface innovation," files in the face of number six, seven, eight, and nine -- which seem to be all about interface innovation? :)

Other than that seeming inconsistency, I love this post. Great job.

Home
Essays
H&P
Books
News
YC
School
Lisp
Arc
Spam
FAQs
RAQs
Quotes
RSS
Bio
Search
Index

# MICROSOFT IS DEAD

**New:** Y Combinator Startup News.

April 2007

A few days ago I suddenly realized Microsoft was dead. I was talking to a young startup founder about how Google was different from Yahoo. I said that Yahoo had been warped from the start by their fear of Microsoft. That was why they'd positioned themselves as a "media company" instead of a technology company. Then I looked at his face and realized he didn't understand. It was as if I'd told him how much girls liked Barry Manilow in the mid 80s. Barry who?

Microsoft? He didn't say anything, but I could tell he didn't quite believe anyone would be frightened of them.

Microsoft cast a shadow over the software world for almost 20 years starting in the late 80s. I can remember when it was IBM before them. I mostly ignored this shadow. I never used Microsoft software, so it only affected me indirectly—for example, in the spam I got from botnets. And because I wasn't paying attention, I didn't notice when the shadow disappeared.

But it's gone now. I can sense that. No one is even afraid of Microsoft anymore. They still make a lot of money—so does IBM, for that matter. But they're not dangerous.

When did Microsoft die, and of what? I know they seemed dangerous as late as 2001, because I wrote an essay then about how they were less dangerous than they seemed. I'd guess they were dead by 2005. I know when we started Y Combinator we didn't worry about Microsoft as competition for the startups we funded. In fact, we've never even invited them to the demo days we organize for startups to present to investors. We invite Yahoo and Google and some other Internet companies, but we've never bothered to invite Microsoft. Nor has anyone there ever even sent us an email. They're in a different world.

What killed them? Four things, I think, all of them occurring simultaneously in the mid 2000s.

The most obvious is Google. There can only be one big man in town, and they're clearly it. Google is the most dangerous company now by far, in both the good and bad senses of the word. Microsoft can at best limp along afterward.

Exhibit K

When did Google take the lead? There will be a tendency to push it back to their IPO in August 2004, but they weren't setting the terms of the debate then. I'd say they took the lead in 2005. Gmail was one of the things that put them over the edge. Gmail showed they could do more than search.

Gmail also showed how much you could do with web-based software, if you took advantage of what later came to be called "Ajax." And that was the second cause of Microsoft's death: everyone can see the desktop is over. It now seems inevitable that applications will live on the web—not just email, but everything, right up to Photoshop. Even Microsoft sees that now.

Ironically, Microsoft unintentionally helped create Ajax. The x in Ajax is from the XMLHttpRequest object, which lets the browser communicate with the server in the background while displaying a page. (Originally the only way to communicate with the server was to ask for a new page.) XMLHttpRequest was created by Microsoft in the late 90s because they needed it for Outlook. What they didn't realize was that it would be useful to a lot of other people too—in fact, to anyone who wanted to make web apps work like desktop ones.

The other critical component of Ajax is Javascript, the programming language that runs in the browser. Microsoft saw the danger of Javascript and tried to keep it broken for as long as they could. [1] But eventually the open source world won, by producing Javascript libraries that grew over the brokenness of Explorer the way a tree grows over barbed wire.

The third cause of Microsoft's death was broadband Internet. Anyone who cares can have fast Internet access now. And the bigger the pipe to the server, the less you need the desktop.

The last nail in the coffin came, of all places, from Apple. Thanks to OS X, Apple has come back from the dead in a way that is extremely rare in technology. [2] Their victory is so complete that I'm now surprised when I come across a computer running Windows. Nearly all the people we fund at Y Combinator use Apple laptops. It was the same in the audience at startup school. All the computer people use Macs or Linux now. Windows is for grandmas, like Macs used to be in the 90s. So not only does the desktop no longer matter, no one who cares about computers uses Microsoft's anyway.

And of course Apple has Microsoft on the run in music too, with TV and phones on the way.

I'm glad Microsoft is dead. They were like Nero or Commodus—evil in the way only inherited power can make

you. Because remember, the Microsoft monopoly didn't begin with Microsoft. They got it from IBM. The software business was overhung by a monopoly from about the mid-1950s to about 2005. For practically its whole existence, that is. One of the reasons "Web 2.0" has such an air of euphoria about it is the feeling, conscious or not, that this era of monopoly may finally be over.

Of course, as a hacker I can't help thinking about how something broken could be fixed. Is there some way Microsoft could come back? In principle, yes. To see how, envision two things: (a) the amount of cash Microsoft now has on hand, and (b) Larry and Sergey making the rounds of all the search engines ten years ago trying to sell the idea for Google for a million dollars, and being turned down by everyone.

The surprising fact is, brilliant hackers—dangerously brilliant hackers—can be had very cheaply, by the standards of a company as rich as Microsoft. They can't hire smart people anymore, but they could buy as many as they wanted for only an order of magnitude more. So if they wanted to be a contender again, this is how they could do it:

1. Buy all the good "Web 2.0" startups. They could get substantially all of them for less than they'd have to pay for Facebook.

2. Put them all in a building in Silicon Valley, surrounded by lead shielding to protect them from any contact with Redmond.

I feel safe suggesting this, because they'd never do it. Microsoft's biggest weakness is that they still don't realize how much they suck. They still think they can write software in house. Maybe they can, by the standards of the desktop world. But that world ended a few years ago.

I already know what the reaction to this essay will be. Half the readers will say that Microsoft is still an enormously profitable company, and that I should be more careful about drawing conclusions based on what a few people think in our insular little "Web 2.0" bubble. The other half, the younger half, will complain that this is old news.

**See also:** Microsoft is Dead: the Cliffs Notes

**Notes**

[1] It doesn't take a conscious effort to make software incompatible. All you have to do is not work too hard at

fixing bugs—which, if you're a big company, you produce in copious quantities. The situation is analogous to the writing of "literary theorists." Most don't try to be obscure; they just don't make an effort to be clear. It wouldn't pay.

[2] In part because Steve Jobs got pushed out by John Sculley in a way that's rare among technology companies. If Apple's board hadn't made that blunder, they wouldn't have had to bounce back.

**Y** Comment on this essay.

- Portuguese Translation

# News&Insights



THE INTERNET

# WHERE IS MICROSOFT SEARCH?

## Its stumbles on the Web could open the door for rivals to come after its core business

**BY JAY GREENE**

TIME HAS ALWAYS SEEMED to be Microsoft Corp.'s ally. In the company lore, the software giant takes three cracks at a market before establishing supremacy. The Windows operating system stumbled for years before achieving domination; so did Microsoft's server software.

But when it comes to developing a viable Internet strategy, Microsoft may be running out of time. It has long trailed Web leaders Google Inc. and Yahoo! Inc., in the use of its search engine and in search-ad sales. Now it's losing ground. In February, 2005, Microsoft's MSN Search accounted for nearly 14% of all Web searches, compared with a 46% share for search leader Google, according to research firm Nielsen//NetRatings. Just two years later, Microsoft's rebranded Windows Live Search has a 9.6% share, compared with Google's nearly 56%. That amounts to nearly 300 million lost searches per month. The sense that Microsoft is slipping was reinforced with a recent shuffling of top executives.

Microsoft's search problems present it with a huge quandary. The company's revenue from online advertising is relatively small—just $836 million in the first six months of the fiscal year ending in June, vs. $5.9 billion in sales of the Windows PC operating system. But the Web is increasingly the place where computing gets done. Everything from e-mail to customer-relationship management applications is moving from programs on a PC to services on the Net. Meanwhile search advertising is exploding: Piper Jaffray & Co. says it should hit $44.5 billion by 2011, up from $15.8 billion in 2006.

If Microsoft can't keep pace, it risks seeing its Windows and Office software franchises erode as Google and others launch Web-based rivals. "It behooves Microsoft to be there," says Charles Di Bona, an analyst with Sanford C. Bernstein & Co. "If they don't get there, it gives others a platform from which to attack Microsoft's core business."

Just as troubling, Microsoft's search problem reflects its approach to new markets in general. It spends little time focusing on tiny, emerging niches that generate little, if any, sales. But those are precisely the markets that can quickly

Exhibit L

ISTVAN BANYAI



# News&Insights



blossom on the Net into meaningful businesses. "Bill [Gates] and Steve [Ballmer] and the leadership don't understand the value of small things," says Robert Scoble, a former Microsoftie whose blog recently took the company to task for its Web missteps. "That cripples their entire Internet strategy from the start."

Microsoft has already squandered much of the time it spent developing the search business. Until February, 2005, it licensed search technology from two companies, Overture and Inktomi. Then it launched a homegrown search engine, saying at the time that it would win over Web searchers with results that were more relevant than Google's. Last fall, Microsoft Chief Executive Steven A. Ballmer told *BusinessWeek* editors and reporters: "I think in the next three years, people will say, 'Hey, these guys are really a major player in online consumer and advertising.'"

There are a number of reasons that hasn't happened yet. First, Google has performed near flawlessly. Early on, Google used its simple Web site to cement the impression that to search is to "Google." And because more people search there, Google has more data with which to target relevant ads. The result: By some estimates, Google nets at least 50% higher revenue per search than No. 2 Yahoo and other search sites—allowing Google to keep investing more in improvements. For instance, on Mar. 21 it revealed a new program to give advertisers the opportunity to pay only when someone responds to an ad—by purchasing a product, filling out a form, or some other action—rather than merely when they click on it. That may be more attractive to advertisers who want concrete results.

Meanwhile, Microsoft has managed to confuse searchers. It elbowed into the search business on the back of its MSN franchise, a modestly successful online services business known mostly for its dial-up Internet access operation. Then Microsoft muddled its message in November, 2005, when it launched the "Live" initiative designed to turbocharge Web services, including search, with programs running on PCs. But Microsoft continued to use the MSN prefix on some Web sites, such as its portal and shopping page, while using Windows Live for its e-mail

**OUTSIDE HELP** Berkowitz was hired to rev up Microsoft's Web business

and search services. "You've got people who know Microsoft really well who don't know what Live means," says Danny Sullivan, editor-in-chief of searchengineland.com, which covers the business.

For its part, Microsoft says Windows Live services are those users can personalize, while MSN ones are preprogrammed content. Concedes Microsoft spokesman Adam Sohn: "We could have been a little crisper." Steve Berkowitz, who was hired last May to rev up the Web business as senior vice-president for Microsoft's Online Services Group, declined to comment.

## EXECUTIVE SHUFFLE

WITH PRODUCT challenges comes the inevitable Microsoft executive shuffle. Blake Irving, vice-president of the Windows Live Platform group, sent out an e-mail to his colleagues on Mar. 5 announcing plans to leave the company later this year to travel the world. Three days later, Christopher Payne, vice-president of Windows Live Search, who spearheaded search development efforts, announced he would be leaving to launch his own company.

Then on Mar. 21, Microsoft created a job at the same level as Berkowitz' to oversee the search and Web ad business. The idea is to increase the urgency of search by moving it up in the organizational structure. Satya Nadella, a vice-president who just six months ago took over the company's small-business software unit, will run the combined group, reporting directly to

Kevin Johnson, president of Microsoft's platform and services division.

There's plenty of pressure to make this fix stick. Last May, Microsoft launched adCenter, a technology that takes demographic data (gender, age, Zip Code) of Web surfers who sign up for various MSN and Windows Live services and lays it over their search queries. That lets advertisers tailor ads to specific types of customers and should allow Microsoft to charge more. But the strategy packs a punch only if Microsoft boosts its share of search.

Microsoft could still do that. It is betting search will move beyond the all-purpose Web site where users plug in a query for any bit of information. That's not a bad idea; many analysts believe the search world will fragment into vertical sites that focus on niches. The eye-popping success of YouTube Inc., now owned by Google, is one example. More than just a place to show off your creations, YouTube has become a place to search for videos. Microsoft announced plans in February to buy Medstory Inc., a health-care search engine for consumers. And on Mar. 14 it said it would buy Tellme Networks Inc. for what one analyst estimated to be more than $1 billion. Tellme should give Microsoft a leg up in the emerging market for voice-activated search over a mobile phone.

Microsoft is also trying to nudge its massive customer base over to its search engine. On Mar. 13 it struck a deal with PC maker Lenovo Group to preload machines with the Windows Live toolbar, which leads users into its search engine. Microsoft also launched a "trial program" where it offers some large businesses service and training credits—from $2 to $10 per computer—to get employees to use Windows Live Search.

Sure, that amounts to buying business. But with all it has at stake in search, Microsoft will take it any way it can. ∎

*–With Robert D. Hof in San Mateo, Calif.*



## WEB WOES
**Microsoft keeps losing ground to search rivals**

PERCENT
SHARE OF U.S. WORK AND HOME SEARCHES

- GOOGLE
- YAHOO
- MICROSOFT

FEB. '05    FEB. '06    FEB. '07

Data: Nielsen/NetRatings MegaView Search

PHOTOGRAPH BY ROBERT CAPLIN/POLARIS; CHART BY LAUREL DAUNIS-ALLEN/BW

NYP P. 45 4/20/07 Fri

# Google's boodle up 69% in Q1

### By PAUL THARP

Even as Eric Schmidt, Google's new chairman, spoke for just an hour about its profit juggernaut, shareholders got $2.8 billion richer.

Google said earnings jumped an unexpected 69 percent in its first quarter, largely from its huge online advertising business. The surge pushed up shares $12 in after-market trading.

Schmidt, the CEO who also was publicly elevated yesterday to the chairman's post as well, picked up his own personal windfall of $189 million on his stock sales in the past three months.

But Schmidt gushed only about his company's gains. "We are ecstatic about our financial results this past quarter," Schmidt said. "Our core business is very strong. It is the core business that is driving our success."

Google's profit rose to $1 billion, or $3.18 per share, from the year-earlier $592 million, or $1.95 a share. Wall Street had expected about $2.91 a share.

Sales also soared, rising 63 percent to $3.66 billion, including traffic acqui-

sition costs of $1.13 billion that it paid to affiliated Web sites serving as bill-boards for Google ads.

Analysts also had high praise.

"Definitely impressive. They crushed the earnings number despite hiring more aggressively than we thought," said Piper Jaffray analyst Gene Munster. "The bottom line is it was a great quarter in all metrics."

Excluding stock-option expenses, profit was $3.68 per share, up from the $2.29 a year earlier. Google closed yesterday at $471.65, off $4.36 in trading ahead of the report.



**ERIC SCHMIDT**
$189M in 3 months.

Exhibit M

# TheBusinessWeek



## PRIVATE EQUITY NABS SALLIE

It's hard to keep up with **Sallie Mae.** Just three years ago the nation's largest student lender was a quasi-government enterprise. Now the public company is going private in a $25 billion deal led by a consortium of two buyout firms, **J.C. Flowers** and **Friedman Fleischer & Lowe,** and two investment banks, **JPMorgan Chase** and **Bank of America.** Sallie Mae recently settled with **New York State Attorney General Andrew Cuomo** in the still-unfolding student loan investigation, pledging to stop proffering perks to college financial-aid officers.

The Sallie Mae deal, which was announced on Apr. 16, faces plenty of scrutiny from regulators. Some 85% of the company's business is guaranteed by the government. Nonetheless, Sallie's suitors are arriving at a good time. Both the Bush Administration and the Democratic-led Congress have been clamoring to cut the subsidies that have made Sallie so profitable over the years. If Sallie's federal funding or access to capital dries up, the buyers' deep pockets and $200 billion in backup financing will help ensure it can keep making those low-cost loans.

**ONLINE** *"Sallie Mae's suitors,"* www.businessweek.com/go/tbw

holding hands, but will a trio tear them apart? The two are close to an $80 billion to $90 billion deal that would create the world's fifth-largest bank, said a source close to ABN on Apr. 18. Meanwhile, **Royal Bank of Scotland,** Spain's **Santander,** and Belgian-Dutch **Fortis** have written to ABN requesting access to its books. Analysts say that by dividing up the bank among themselves, these three could afford to bid more than Barclays. ABN is skeptical but will likely sit down with them soon.

### Inflation Watch
Flaring gasoline prices (up nearly 11%) caused inflation to heat up in March, but other prices were blessedly cool, according to figures released by the Labor Dept. on Apr. 17. Among the items that got cheaper in March: Fruits and vegetables, lodging, apparel, used cars and trucks, and medical-care products. Core consumer prices excluding food and energy rose just 0.1% and over the past half-year are up at an annual rate of 1.9%. **ONLINE** *"March CPI won't sway inflation-wary Fed,"* www.businessweek.com/go/tbw

### BlackBerry Breakdown
"Crackberry" addicts across North America went cold turkey for several long hours late on Apr. 17-18 when Research in Motion's popular BlackBerry service stopped sending and receiving e-mails. RIM did not have an immediate explanation for its 8 million customers. Its shares tumbled on Apr. 18 in early trading before recovering.

### Vonage in Peril
More bad signals from Vonage: The Internet phone outfit said on Apr. 12 that CEO Michael Snyder is leaving immediately.

### Online Ad Wars
Google's blitzkrieg isn't slowing down. On Apr. 13 the search king announced it will buy online ad placement firm DoubleClick for $3.1 billion, giving it a chance to expand beyond search ads to online display ads. **Microsoft** and **AT&T** cried foul and said they'd push for antitrust review. On Apr. 16,

Google struck again, signing a deal with **Clear Channel** to place ads on 675 radio stations. Rivals aren't standing still: **Yahoo!** on Apr. 16 added five newspaper publishers, including McClatchy and E.W.Scripps, to an ad-revenue-sharing partnership, though a grim first-quarter earnings report on Apr. 17 renewed

speculation that **CEO Terry Semel's** job may be in jeopardy. **ONLINE** *"Google: The ad dominator?" and "Yahoo's next search: A new CEO?"* www.businessweek.com/go/tbw

### New Suitors for ABN?
London-based **Barclays** and **ABN Amro** of the Netherlands are

Exhibit N

CAROL T. POWERS/BLOOMBERG NEWS

WHAT'S COOL

113 Minneapolis-St. Paul International

NY Post 5/5/07 p. 23

# Yahoo! stock jumps on Microsoft news

By PETER LAURIA
and ZACHERY KOUWE

Yahoo! investors traded roughly $7.5 billion of market value in the Internet company's shares yesterday as news of deal talks with Microsoft put it in play.

Yahoo! shares jumped as much as 18 percent during the day but gave back some of those gains to end the trading session up 10 percent, or $2.80, to $30.98.

Twenty percent of the company's total outstanding shares traded hands yesterday as volume spiked from an average of 23.2 million trades to more than 245 million trades on news first reported in The Post that Microsoft had reignited talks with Yahoo! about a merger or combina-

## BILL'S HARD DRIVE
### Microsoft eyes search giant in proposed takeover
**EXCLUSIVE**

**CALLED IT:** How the Post broke the news yesterday.

tion that would help both compete with Google.

Sources said the talks with Microsoft are wide-ranging and include everything from an outright acquisition to the purchase of an equity stake to a joint venture setup.

While Microsoft and Yahoo! have discussed a deal in the past, sources said there is a renewed urgency on the part of both companies to keep pace with rival Google.

"There are so few meaningful Internet assets out there now that if these two companies don't link up somehow, what's left for them to do," said one banking source rhetorically.

News of Microsoft's interest in Yahoo! sparked speculation on Wall Street

over who else might make a bid for the company.

In addition to AOL, rumors that General Electric's NBC, cable operator Comcast and AT&T have eyed Yahoo! have swirled for weeks.

Of these possible suitors, sources said AT&T likely has the most interest in Yahoo!

The company, which is in an intense battle with cable and satellite operators as well as traditional competitor Verizon, may want to acquire Yahoo! and add it to its offering of phone, video and broadband services.

AT&T and Yahoo! have an existing agreement that expires in 2008.

Yahoo! is under intense pressure from some of its largest shareholders to boost its stock price, and



**MS excels**

that pressure likely intensified yesterday as hedge funds piled into the stock.

peter.lauria@nypost.com

Exhibit O

# YAHOO! RAISES SIGHTS

## CFO is dealmaker

New York Post, Wednesday, May 16, 2007    nypost.com

35

By ZACHERY KOUWE
and PETER LAURIA

Yahoo! hired veteran dealmaker Blake Jorgensen to be its new chief financial officer yesterday in a sign the struggling Internet titan may be looking for its own deals, despite overtures from software giant Microsoft.

Jorgensen, who co-founded tech-focused investment bank Thomas Weisel Partners in 1998, replaces Susan Decker, who was promoted last December to oversee advertising sales in a management shake-up.

Jorgensen has previously served as an adviser on some of Yahoo!'s biggest deals, including the $300 million acquisition of Inktomi in 2002 and the $4.5 billion deal for GeoCities in 1999, according to data provider Capital IQ.

Since then Yahoo!, whose shareholders are upset at its stagnant stock price, has struggled on the acquisition front, losing DoubleClick to Google and flirting with — but unable to seal a deal for — social networking site Facebook.

Losing DoubleClick actually helped propel Yahoo!'s most recent deal, last month's $680 million purchase of the 80 percent of online ad exchange Right Media that it didn't already own.

"Blake has a strong track record of building and running a successful investment-banking franchise serving many clients in the Internet and technology industries," Yahoo! chief Terry Semel said in a statement.

"His broad financial, operating and strategic experience, which complements the deep financial expertise of our existing team, will make him a valuable addition to Yahoo!'s senior management."

Toby Coppel, who previously led Yahoo!'s mergers-and-acquisitions team, was appointed managing director of Europe. The company's deal team will now report directly to Jorgensen.

"The industry has evolved so dramatically that there's a much larger opportunity to pair up solid businesses with one another," Jorgensen told Bloomberg News yesterday.

"We're seeing much, much better opportunities than existed back in the bubble days of 2000."

Earlier this month, The Post reported that Microsoft has stepped up its efforts to acquire Yahoo!, going so far as to make an informal offer over dinner three months ago that Yahoo! executives rejected outright.

And while sources say Microsoft is still interested in a deal, Yahoo! executives are content to see how its new search-advertising platform, Project Panama, performs over the next quarter or two before revisiting the idea of such a transformative deal.

"Investors are looking for Yahoo! to execute on Panama to close the monetization gap with Google," said UBS analyst Ben Schachter.

While Yahoo! cofounder Jerry Yang declined to comment on any deal negotiations with Microsoft, he did acknowledge in an interview with The Post earlier this month that Yahoo! investors are clamoring for the company to do something to jumpstart its moribund stock price.

"Obviously," there are short-term shareholders out there that are unhappy, and we agree that the company has to show better performance, but it's going to take time," Yang said.

"We are focused on executing our strategic plan and we're gaining momentum. We think our longer-term investors understand that."

zachery.kouwe@nypost.com

Exhibit P

NYPost
5/19/07
P.21

| | | | Nasdaq Comp. | Up 19.07 |
|---|---|---|---|---|
| | | | | 2,558.45 |

# Business

# 85% SOLUTION

## Microsoft grabs online ad firm aQuantive for $6B

By HOLLY M. SANDERS

Afraid of being left behind in the online ad race, Microsoft ponied up $6 billion in cash for Web ad firm aQuantive — the biggest acquisition in its history — to catch up to Google and other rivals.

Determined not to be outbid this time, Microsoft paid $66.50 a share for aQuantive, a whopping 85 percent premium over the company's closing price of $35.87.

The rich price — especially for a company that has avoided big deals — underscores the frustration and urgency for Microsoft after it lost to Google in a heated bidding war for DoubleClick.

"It is certainly a significant transaction and large in the context of what we have done historically, but we think entirely appropriate in terms of looking forward rather than backward." Yusuf Mehdi, Microsoft's chief advertising strategist, said on a conference call to discuss the deal.

Microsoft continues to trail Google in the search ad business with its share of the market steadily declining. The software giant is in danger of falling further behind Google, which is pushing deep into display advertising with its $3.1 billion purchase of DoubleClick.

The threat of "Google-Click" sent competitors off on a mad dash for the re-

maining online ad firms, prompting Yahoo!'s $680 million purchase of Right Media and WPP Group's $649 million takeover of 24/7 Real Media. The frenzied dealmaking and the scarcity of Web ad firms with significant size put aQuantive on the acquisition short list.

Seattle-based aQuantive offers an array of online ad services and boasts good relationships with advertisers, ad agencies and Web publishers. Its proximity to Microsoft in neighboring

### Down the stretch

Martin Sorrell's WPP just bid for 24/7 Real Media, now Bill Gates (right) and Microsoft are in the race with its purchase of aQuantive.

| Companies | Google/DoubleClick | Yahoo!/Right Media | WPP/24-7 Real Media | Microsoft/aQuantive |
|---|---|---|---|---|
| Date | 4/14/07 | 4/30/07 | 5/17/07 | 5/18/07 |
| Price | $3.1B | $680M | $649M | $6B |

Redmond, Wash., made it even more attractive.

aQuantive's system, Atlas, competes directly with DoubleClick in serving up and tracking ad campaigns. Its Avenue A/Razorfish division also creates ads and Web sites.

With the acquisition, Microsoft is reaching well beyond its own network of online properties, such as MSN and Xbox Live, into selling and delivering advertising to Web sites across the Internet.

U.S. spending on Internet

advertising is expected to hit $20 billion this year as companies shift more ad dollars online, according to eMarketer.

The purchase also means that Microsoft will be running an ad agency — not an obvious fit for a technology company. Roughly two-thirds of aQuantive's revenue comes from that side of the business. Microsoft said it has no plans to sell it off.

Microsoft is also aiming to bulk up its capabilities for delivering ads through

online videos, podcasting and e-mail messenger services.

"Digital advertising is no longer just search," said Kevin Lee, chairman of Internet ad firm Did-It. "It's going to include all those other touch points that are digital."

Microsoft is also looking to the future when the big Internet players will be able to deliver individual, relevant TV ads to people's homes through their cable set-top boxes.

holly.sanders@nypost.com

## Sorrell may have to pay more for 24/7



**Premium**
24/7 Media

Close
$11.75
+10¢

After a flurry of rich deals for Web ad firms, some investors are betting that ad giant WPP Group will have to sweeten its initial takeover offer for online ad services firm 24/7 Real Media.

WPP chief Martin Sorrell, considered one of the savviest dealmakers in the ad industry, is hoping to snap up 24/7 Real Media in a deal valued at $649 million.

The $11.75-a-share price represents a relatively small 4.4 percent premium, but 24/7 Real Media's stock had already risen nearly 40 percent before the deal since The Post first reported that WPP was eyeing the company. It closed yesterday at $11.75, up 10 cents.

WPP announced the deal on Thursday, a day before Microsoft acquired online ad services firm aQuantive for $6 billion, nearly an 85 percent premium over the share price. Microsoft was also a contender for 24/7 Real Media but passed it over for aQuantive.

After the deal was announced yesterday, shares of 24/7 Real Media traded at or above the $11.75 deal price for much of the day, indicating that some investors believe a higher bid is still a possibility.

Some investors have also wondered whether another bidder might still emerge before the deal is completed. WPP's Sorrell declined to say during

a conference call with analysts whether there were other bidders.

"There's a possibly that either shareholders are not happy or someone else might come back with a higher offer." said one 24/7 Real Media shareholder.

If a better offer came along, 24/7 Real Media would have to pay a modest breakup fee of $24 million.

With fewer firms remaining and prices for online ad firms skyrocketing, WPP is trying to get the deal done in a hurry by launching a cash tender offer for 24/7 Real Media in which shareholders swap their stock for cash.

Holly M. Sanders

Exhibit Q

# News&Insights

ADVERTISING

# BEHIND THOSE WEB MERGERS

## Marketers want smarter, targeted online ads. That's driving deals

BY ROBERT D. HOF AND
CATHERINE HOLAHAN

FORD'S RECENT MARCHING order for its media buys sounded more like a personals ad than a marketing campaign: Find us women online age 25 to 54 who are independent and business-minded. The prize for delivering this special group of potential buyers? Ford Motor Co. would pay big bucks to run more than 200 million ads for its Lincoln Mercury line over three weeks on thousands of Web sites. So Specific Media Inc., an online ad-targeting network, dove into its massive data troves, which contain anonymous Web-browsing profiles of 95% of the U.S. online population.

Starting Apr. 1, anyone whose Web profile made them appear female and interested in business—such as those who had visited both allrecipes.com and CareerBuilder.com—was served a Lincoln Mercury ad when she surfed to a Specific Media network site, such as Merriam-Webster. Specific Media sold ad space to Ford for a good deal more than Specific paid for it—in one case, 62% more. And Ford got a higher number of people requesting dealer locations and price quotes than if it had simply blanketed random Web sites with ads. Says Larry Carney, digital group director for WPP Group-owned Team Detroit, which hired Specific Media: "You want to know that every dollar you're spending has a return on investment."

Indeed. And that demand for better returns on ad spending is helping to drive a new spate of Internet mergers and acquisitions. They're all aimed at least in part at amassing better online data to help divine consumer interests and intentions, enabling Web sites to serve up more relevant ads—and charge more for them. In a deal that shook both Madison Avenue and Silicon Valley, search giant Google Inc. said in early April that it will spend $3.1 billion to buy DoubleClick Inc., one of the largest collectors of demographic consumer data on the Web. A few weeks later, Yahoo! Inc. paid $680 million for the remaining 80% it didn't already own of Right Media Inc.

On May 4 the possibility of a far larger, multibillion-dollar merger, Microsoft Corp. and Yahoo, was the talk of Wall Street until it turned out that discussions involving a purchase of Yahoo had ended months ago. Nonetheless, some people think data could be a prime motive behind any partnership that may yet emerge: Microsoft's valuable demographic data provided by users of its Hotmail, MSN, and other services combined with data from Yahoo's array of personalized services could offer a credible challenge in ad targeting to Google's highly relevant search ads.

In other words, the rest of online advertising, from banner ads to video spots to pop-up ads, is getting Googlified. Google made the business of selling ads against search results a runaway success—in the process making display ads less attractive to advertisers. Not only can advertisers target just the right customers based on search terms they type in, no guessing required, but those advertisers also can track exactly how many people click on the ad and whether they bought something as a result.

### MEASURABILITY MINDSET

NOW MARKETERS are spoiled. And as big-brand advertisers move online in greater force, they're demanding the ability to apply the same kind of targeting and measurability they get from paid search to all the other ads they run. "Everybody's got the mindset that everything should be measurable," says Erik Qualman, head of North America marketing for travel site Travelzoo Inc. One reason: While targeted ads online may cost about twice as much as untargeted ads, they can produce twice the return on investment. As a result, says David R. Verklin, chief executive of Carat Americas, the agency that buys online ads for the likes of Pfizer Inc., "data and data analytics are the next big battleground in marketing."

And on the Internet. Ad networks such as Specific Media, Blue Lithium, and 24/7 Real Media appear to be on the short list for acquisition by major media and tech companies. In fact, analysts believe 24/7 Real Media already has been courted by Microsoft and WPP. ∎

–With Burt Helm in New York



### THE STAT

# 32%

Google's expected share of total Internet advertising dollars in 2007

Data: eMarketer Inc.

Exhibit R



ILLUSTRATION BY MARIO WAGNER/AGOODSON.COM

NY POST 5/23/07 1:31

3

# AD & SUBTRACT

## Google announces purge of ad-heavy Web sites

By HOLLY M. SANDERS

Google is trying to clean up its search results by cracking down on dubious Web sites that contain little content but lots of ads.

The search giant has notified a number of Web publishers in the last few days that they will be dropped from its popular "AdSense" program starting June 1.

The cut-off notices jolted the online ad world, where hundreds of thousands of people make money in exchange for allowing Google to place ads on their Web sites.

Google's AdSense software has made it easy for advertisers to piggyback on any Web site — no matter how obscure — that attracts an audience.

For example, on a travel Web site, Google's AdSense will automatically serve up relevant travel-related ads on that site. Web site publishers then get paid each time a visitor clicks on one of the ads supplied by Google.

The easy money has led to a rise in "made-for-AdSense" Web pages that critics say clutter up the Internet and divert online searches. These content-free sites, which often are nothing more than links to other sites and a bunch of Google ads, exist solely to exploit AdSense.

"The economy has built up to game the Google system," said Darren Chervitz, the director of research for Jacob Asset Management.



**Google is sending cease and desist orders to companies that buy ads tied to Web searches — but then yank users to sites with no relevant content.**

purple raincoat.

The publisher makes money if, on average, they collect a dime each time a user then clicks on one of the Google-supplied AdSense ads.

Although Google still makes money off of these sites, they don't like them because they hurt the quality of search results and reduce the "click through" rate for advertisers.

"If advertisers get a bad return on their investment, they will stop spending money," said Jeremy Schoemaker, an AdSense expert who runs the popular ShoeMoney.com blog.

Search experts said Google routinely cuts off publishers who run afoul of AdSense rules, but they believe this latest round of notices was a more widespread effort to clean up its ad network.

"I don't really remember where this many people reported it at one time," said Chris Winfield, president of Internet search marketing firm 10e20.

Google confirmed that it had sent out notices, but characterized it as part of an ongoing review.

"In some cases, violations of our program policies will result in termination from AdSense," Google said in a statement.

*holly.sanders@nypost.com*

**More on Google page 38.**

Web site publishers do it by pocketing the difference between what they pay Google to drive traffic to their site and the amount they get for running Google ads.

For instance, a publisher can bid on a cheap search term, say, "purple raincoat" so that its site purporting to be about raingear is displayed each time someone searches for the term on Google.

The publisher may pay a nickel to Google each time someone clicks on the link to their Web site, which may be nothing more than a picture of a

---

# Outback founders raise steaks to get deal OK

By ZACHERY KOUWE

Outback Steakhouse's founders and their private-equity backers juiced their $3.2 billion takeover offer yesterday following an outcry from shareholders, who threatened to kill the deal.

are said to support the new offer, especially in light of declining sales in the restaurant sector. Sources familiar with Outback, the largest U.S. steak chain, said the company will likely announce another month of declining same-store sales

Exhibit S



**OSI Restaurant Partners**

| | |
|---|---|
| $41.00 | **Close** |
| 40.80 | **$40.94** |

harshly criticized by shareholders for pushing Outback's board of directors to accept a deal with Bain and Catterton without seeking out other buyers. The company's directors recently paid $4 million to settle a lawsuit brought by a group

HUMAN RESOURCES

# EVEN YAHOO! GETS THE BLUES

## CEO Semel's next turnaround task: Boost morale and keep employees from leaving

BY ROBERT D. HOF

IT WAS A BIT OF GOOD NEWS THAT Yahoo Chief Executive Terry Semel really needed: Following a lengthy search, the Internet company on May 15 hired a new chief financial officer to succeed Susan Decker, now head of Yahoo's key advertising group. But the appointment of Blake Jorgensen, co-founder of investment bank Thomas Weisel Partners Group Inc., also fueled renewed speculation that Yahoo! Inc. might be seeking to shed assets or even get acquired as it struggles to catch up with runaway rival Google Inc. Yahoo's stock fell 1.7% on an up day for the market.

The reaction was emblematic of the pall over Yahoo that its leaders seem unable to lift. On May 4, reports that Microsoft might buy Yahoo sent the latter's stock soaring—and Yahoo résumés flying to companies such as Google and Apple—before it turned out the buyout talks were long cold. That followed a disappointing 11% drop in first-quarter earnings on Apr. 17, with revenue growth of 7% badly trailing Google's 63% sales jump. Yahoo's stock plunged 12% the next day, prompting speculation that Semel was vulnerable.

Now, as a steady stream of Yahoos, from vice-presidents to engineers, continues to seek greener stock options at Google and innumerable Web startups, people close to the company worry that a crisis of morale could cripple its efforts to turn itself around. "Morale is really down," says one active recruiter, who's talking to a "C-level" Yahoo exec about jobs elsewhere. One vice-president who left last year had to stop using Yahoo's instant-messaging service for six months after being inundated with e-mails from former colleagues seeking a job or career advice.

The biggest concern, according to some former Yahoos: The departed now include more people who have been with the company for six or more years of its 13-year existence—not the very top execs, but the seasoned middle managers Yahoo needs to carry out its ambitious turnaround plans. "The last wave is folks who have been there a long time," says former Yahoo Vice-President Teresa Phillips, co-founder and CEO of stealth startup Graspr, who left last year on good terms.



### SOUL-SEARCHING
Three signs of Yahoo!'s malaise:

**Veterans are bailing, taking with them institutional knowledge.**

**A legacy of bureaucracy still delays product launches.**

**Dispirited troops want more passion from Semel.**

**SEMEL** He rescued Yahoo in 2001. Can he do it again?

"Now it's the people who have the institutional knowledge who are leaving." Some recent departees worry that if the company can't soon create more excitement around its products—and its stock—the steady trickle of attrition could become a flood and include senior executives.

Yahoo says that it's not having more trouble with hiring or attrition and that some of the departures are a natural result of the restructuring. "You want to mix things up, you want to reshuffle the deck a bit," says Jeff Weiner, executive vice-president of Yahoo's Network Div., which includes media, search, and other services. Nonetheless, Yahoo says headcount grew by 16% in the past year, and 90% of job offers are accepted. And

it says "regrettable attrition"—people it didn't want to lose—is down.

The company also points to progress since a reorganization last December. It got its long-delayed new search-ad service, Panama, out the door in February to generally positive reviews, though it has yet to boost the bottom line. Yahoo inked ad deals with Comcast and Viacom, and on Apr. 30 snapped up the rest of online ad exchange Right Media for $680 million. At the same time it has cut redundant operations, for instance axing Yahoo Photos in favor of its photo-sharing site, Flickr. So in some Yahoo quarters, at least, things are improving, helping revive the morale of the people involved.

The question in the minds of many people close to the company is whether all this is too little, too late. The key problem, according to many former Yahoos, is an organizational structure that still requires multiple division heads to sign off on big projects, sometimes delaying them for months. The result, they say: While Yahoo has managed to produce some successful new services, such as

Yahoo! Answers, it doesn't boast world-beating services such as MySpace and Facebook.

Now people inside and outside Yahoo again are asking a question that has come up over and over in the past year: Can Semel, who saved Yahoo from dot-com oblivion after he arrived in 2001, do it again? "I think Terry is an asset," says a former Yahoo who notes that the company needs a seasoned media exec in charge. "The question is: Is he the right guy to rally the people?" Clearly, many of Yahoo's 11,700 employees think so. Problem is, many others keep voting with their feet. ∎


DANIEL ACKER/BLOOMBERG NEWS

1

## CERTIFICATE OF SERVICE

2

3

4          I, Carl E. Person, declare:

5          I am the plaintiff in this action and fully familiar with the facts stated herein, and

6      make this declaration to certify that on May 25, 2007, I served on

7

8

9              David H. Kramer, Esq.
               Wilson Sonsini Goodrich & Rosati
10             Professional Corporation
               650 Page Mill Road
11             Palo Alto CA  94304-1050

12     by mail addressed as per above and by facsimile the following document:

13              **DECLARATION OF CARL E. PERSON**
14              **IN OPPOSITION TO DEFENDANT**
                **GOOGLE'S MOTION TO DISMISS**

15     Executed under the penalty of perjury.

16

17     Dated:  May 25, 2007

18                                          _____
                                                    Carl E. Person
19

20

21

22

23

24

25

26

27

28