Dockets.Justia.com

| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
| 2 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | 650 Páge Mill Road<br>Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 5 | DKramer@wsgr.com |
| 6 | JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495 |
| 7 | CHUL PAK, N.Y. State Bar No. 2341360<br>WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation<br>1301 Avenue of the Americas, 40th Floor |
| 9 | New York, NY 10019-6022 |
| 10 | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 11 | JJacobson@wsgr.com<br>CPak@wsgr.com |
| 12 | |
| 13 | Attorneys for Defendant<br>Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CARL E. PERSON, | ) | CASE NO.: C 06-7297 JF (RS) |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE**<br>**VIA U.S. MAIL** |
| GOOGLE Inc., | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE
CASE NO. C 06-7297 JF (RS)

3127600_1.DOC

| | |
|---|---|
| 1 | I, Rose Sepulveda, declare: |
| 2 | I am over the age of 18 years and not a party to the within action. I am employed in New |
| 3 | York County. My business address is Wilson Sonsini Goodrich & Rosati, Professional |
| 4 | Corporation, 1301 Avenue of the Americas, 40th Floor, New York, New York 10019. |
| 5 | On this date, I served: |
| 6 | 1.  **Defendant Google Inc.'s Reply Memorandum of Points And Authorities in Support of Motion To Dismiss The Second Amended Complaint** |
| 8 | on the person(s) listed below by placing the document(s) described above in an envelope |
| 9 | addressed as indicated below. I consigned the envelope(s) to United States mail service by |
| 10 | placing it/them for collection and processing on this day, following ordinary business practices at |
| 11 | Wilson Sonsini Goodrich & Rosati. |
| 12 | Carl E. Person |
| 13 | 325 West 45th Street  Suite 201  New York, New York 10036 |
| 14 | I declare under penalty of perjury under the laws of the State of New York that the |
| 15 | foregoing is true and correct. Executed at New York, New York on June 1, 2007. |

_____
Rose Sepulveda

Sworn to before me this 1st, day of June 2007

_____
Notary Public

MICHELLE DRUCKER
Notary Public - State of New York
NO. 01DR6114667
Qualified in Queens County
My Commission Expires 8/23/08

CERTIFICATE OF SERVICE             -1-                                  3127600_1.DOC
CASE NO. C 06-7297 JF (RS)