# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, June 15, 2007
**Case Number:** CV-06-7297-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

| TITLE: | CARL E. PERSON V. GOOGLE, INC. | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Carl Person, Pro se | Attorneys Present: David Kramer, Jonathan Jacobson |

PROCEEDINGS:
Hearing on Motion to Dismiss held. Parties are present.
The motion is taken under submission.
The case management conference is not held.