**E-Filed 6/25/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CARL E. PERSON,<br><br>                          Plaintiff,<br><br>                    v.<br><br>GOOGLE, INC.,<br><br>                          Defendant. | Case Number C 06-7297 JF (RS)<br><br>JUDGMENT[1] |

    The motion to dismiss filed by defendant Google, Inc. ("Google") having been granted without leave to amend, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that Plaintiff take nothing from Google.

DATED: June 25, 2007

_____
JEREMY FOGEL
United States District Judge

---

   [1]  This disposition is not designated for publication and may not be cited.

1  This Order has been served upon the following persons:

2  Jonathan M. Jacobson          jjacobson@wsgr.com, ageritano@wsgr.com

3  David H. Kramer               dkramer@wsgr.com, dgrubbs@wsgr.com

4  Carl E. Person                carlpers@ix.netcom.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2