CARL E. PERSON, Plaintiff, *Pro Se*
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone: (212) 307-4444
Facsimile: (212) 307-0247
carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL E. PERSON, ) | CASE NO.: C 06-7297 JF (RS) |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEAL** |
| ) | |
| v. ) | |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that Carl E. Person, plaintiff, *pro se*, in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on the 25th day of June, 2007. This appeal is being taken against Google Inc.

Dated:   New York, NY
         July 23, 2007

                                            _____
                                            Carl E. Person
                                            Plaintiff, *Pro Se*
                                            325 W. 45th Street – Suite 201
                                            New York NY 10036-3803
                                            212-307-4444

CARL E. PERSON, Plaintiff, *Pro Se*
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone: (212) 307-4444
Facsimile:  (212) 307-0247
carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ECM FILING

| | |
|---|---|
| CARL E. PERSON, ) | CASE NO.: C 06-7297 JF (RS) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

I, Carl E. Person, declare:

I am the plaintiff in the above action and on July 23, 2007, I served:

**Notice of Appeal dated 7/23/07 (the "Document")**

On the following attorneys for Defendant, Google Inc., by mailing a copy of the Document securely wrapped in an envelope on July 23, 2007, addressed as set forth below, depositing the envelopes in a mail box maintained by the United States Postal Service; and on February 16, 2007 (at approximately 1:00 a.m. EST) by emailing a copy of the Document to the attorneys at their respective email addresses, as set forth below:

**David H. Kramer, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050**

2

Jonathan M. Jacobson, Esq.
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, NY 10017

Meredith K. Kotler, Esq.
Wilson Sonsini Goodrich & Rosati, P.C.
12 East 49th Street, 30th Floor
New York, NY 10017

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 23, 2007 at New York, New York.

By: _____
         Carl E. Person